HEADQUARTERS
NEW YORK MILITARY DISTRICT
90 Church Street
New York 7, N.Y.

SPECIAL ORDERS)
:
NUMBER 46) 4 March 1952

E X T R A C T

******* *******

40. Fol Examining Board for direct appointment in the ORC superseding Board apt by par 67 SO 233 as amended, this Hqs, 1951, is apt to meet at the call of the President at 30 W 44th St, Room 1102D, New York 36 NY, for the purpose of processing such applicants for appointment as may be authorized to appear for examination. AUTH: SR 140-15-1, 1950, and WDL 24959, TAG, AGPRA-A dated 8 Nov 1950, and Ltr, AHFAG-CC (PR)334, Hq 1st Army, 3 Feb 51, subj: "Boards of Officers for ORC Appointments".

PERMANENT MEMBER

CAPT JOSEPH E PLOCICA 01796523 MPC

TEMPORARY - ALTERNATE MEMBERS

COL JOHN H ALLEN 0103883 ARTY
LT COL JAMES F CUTTER 0352842 ARMOR
LT COL JOHN B HOAR JR 0276599 MPC
LT COL HOLMES A JONES 0249794 TC
LT COL BENJAMIN LUBOVSKY 0443671 AGC
LT COL EDWARD O'DONOHUE 0498564 MPC
LT COL PERRY L PARR 0175561 ARTY
LT COL ROBERT E TERWILLEGAR 0273626 INF
LT COL ARTHUR V WILLIAMS 0250035 INF
MAJ RICHARD J BEST 01102153 CE
MAJ ARCHIE BURKE 0486001 QMC
MAJ THOMAS F DARNELL 01633790 SIGC
MAJ JOHN J DEVLIN 0460416 ARTY
MAJ GEORGE FLINT 044970 SIGC
MAJ WILLIAM J HERMAN 01283427 INF
MAJ ROY E LEDIG 0409322 ARTY
MAJ WILLIAM F MURPHY 01295067 TC
MAJ SAMUEL PHILLIPS 01283501 INF
MAJ ALFRED W POUSARD 0419373 ARTY
MAJ LLOYD E SHLPLER 037445 MSC
MAJ EDGAR J TINGLE 0368374 FC
MAJ RUDOLPH URBACH 01845529 AGC
CAPT WILLIAM H ACKERMAN 0765587 ARTY
CAPT THOMAS P ANSBURY 01946425 TC
CAPT HOWARD C BLISS 0304120 TC
CAPT EDWARD A BROWN 01949154 TC
CAPT YVONNE S CUMMING L1010144 WAC
CAPT IRWIN B EISEN 01545841 INF
LT COL LEONARD D CUMMINGS 0276867 AGC
LT COL PAUL M FELLENCER 0288439 TC
LT COL FREDERIC W HODGE 0241338 ARTY
LT COL JULIO R LACEDONIA 0300495 INF
LT COL CHARLES B MILLS JR 0509714 TC
LT COL CHARLES A O'REILLY JR 031881 ARTY
LT COL ERNEST W PHILPOT 030627 TC
LT COL ROBERT W WARD 0301051 ARTY
MAJ ROBERT E BENEDICT 0379808 INF
MAJ GAYLORD L BEIR 01286061 INF
MAJ WILLIAM H CARRIER 0183089 MPC
MAJ GORDON W DAVIS 0314680 CMLC
MAJ WILLARD EDGERTON 0502641 QMC
MAJ KENNETH G FLOOK 0450862 SIGC
MAJ STANLEY A KARAS 0885734 INF
MAJ RICHARD G LYONS 01893232 INF
MAJ EDGAR G OLSEN 0510353 AGC
MAJ ANTHONY M PICO 0346048 INF
MAJ CECIL M SCOTT 01030715 TC
MAJ EDWARD J STEWART 0422112 INF
MAJ WILLIAM D TAFS 01543384 MSC
MAJ CLYDE J VILLEMEZ 01101255 CE
CAPT JAMES S ADAMS 01030209 TC
CAPT WALTER F BEYLEY 01117800 CE
CAPT JOHN A BOUNDS 01529715 AGC
CAPT WALTER A BROWN 01543277 MSC
CAPT WILLIAM E DOOLEY 01010286 ARMOR
CAPT JOHN F FISK IV 01023339 ARTY

par 40 SO 46 dtd 4 Mar 52 (contd, Hq NY Mil Dist 1242d ASU

CAPT TED E GORDINIER 01323921 INF
CAPT LEONARD D HANNEY 01316190 INF
CAPT MELVIN N HULSE 0885776 INF
CAPT WILLIAM J LETTIRE 01637925 SIGC
CAPT EDWARD H LOWE 0450384 INF
CAPT ALLEN J MacGILL 0371979 AGC
CAPT JAMES C PEARSON 01548122 ORDC
CAPT CURTIS T SPENCE 0407824 ORDC
CAPT DONALD R STANTON 01636697 SIGC
CAPT ROBERT D THAYER 01894430 AGC
1ST LT WALTER G COLEMAN 0372191 INF
2D LT ERNEST R WRIGHTMAN 02041220 AGC

CAPT DOMINICK J GRANDINETTI 01301475 INF
CAPT RAYMOND J HAYES 01550616 ORDC
CAPT DONALD R LEE 0922411 ORDC
CAPT EDWARD D LIVERNOIS 01014788 ARMOR
CAPT CHARLES A LYON 0479473 AGC
CAPT JOHN MUSACCHIO 01052898 ARTY
CAPT SIGMUND J SONNENFELD 01169747 ARTY
CAPT HENRY D STACY 02055952 MSC
CAPT SUSAN B THISLER L151 WAC
CAPT ALLAN C WILSON 01050995 ARTY
1ST LT ALEXANDER M ROSIE 02039153 QMC

RESERVE OFFICERS

| | |
|---|---|
| COL LOWELL D BEATTY 0908578 CE-USAR | 32 Ave of Americas, Rm 2544 New York NY |
| COL FELIX F BURAMP 0274920 CMLC-USAR | 101 E 7th St, New York NY |
| COL DAVID T CLEMENTS 0312879 JMC-USAR | 10 Crescent Rd, Great Neck NY |
| COL FRANCIS B ELDER 0353740 MSC-USAR | 1790 Bway, % Apha, New York NY |
| COL PATRICK B FAY 0333123 CMLC-USAR | 408 Park Pl, Brooklyn NY |
| COL FREDERICK F GREENMAN 0140577 JAGC-USAR | 46 Cedar St, New York NY |
| COL PERCY G HALL 0246273 CMLC-USAR | 281 4th Ave, New York NY |
| COL HAROLD E HUTCHINGS 0259395 MI-USAR | %Chicago Tribune, Times Bldg 229 W 42d St, New York NY |
| COL ROBERT H KILROE 0193603 JAGC-USAR | 29 Claremont Ave, New York 27 NY |
| COL GEORGE S KOVACH 0901631 MI-USAR | 118 W 57th St, New York 19 NY |
| COL ARTHUR LEVITT 0373480 JAGC-USAR | 369 Lexington Ave, New York NY |
| COL THOMAS J RIGGS 0402873 MI-USAR | Suite 350, 420 Lexington Ave New York NY |
| COL HENRY M SACHS 0223120 ORDC-USAR | 875 Park Ave, New York 21 NY |
| COL JOHN W SCHERMERHORN 0192213 MI-USAR | 54 Park Ave, Manhasset NY |
| COL MORTON A SEIDENFELD 0246681 MSC-USAR | 40 Madison, Oceanside LI NY |
| COL CHARLES A SELBY 0332694 MI-USAR | 200 E 66th St, New York NY |
| COL AUSTIN L SHEPPARD 0267602 ARMOR-USAR | 34 St Austin's Pl, Staten Island 10 NY |
| COL ARTHUR J SPRING 0322302 QMC-USAR | US Maritime Svc, Sheepshead Bay Brooklyn NY |
| COL RALPH C SWEENEY 0108393 MSC-USAR | 21 No Bway, White Plains NY |
| LT COL MARCEL P AILLERY 0285062 CE-USAR | 450 E 63d St, New York NY |
| LT COL KENNETH S ALLEN 0170099 MI-USAR | 26 Halstead Pl, Rye NY |
| LT COL FRANCIS M ADAMS 0910270 TC-USAR | 234-20 Union Turnpike, Bellerose LI NY |
| LT COL JACK E BUCKLEY 01703302 CMLC-USAR | 90 Church St, Rm 604, New York 7 NY |
| LT COL ROBERT E BUTTON 0454297 MI-USAR | %NBC, 30 Rockefeller Plaza, New York NY |
| LT COL LESLIE B CARPENTER 0218170 QMC-USAR | 9332 91st Ave, Woodhaven 21 NY |
| LT COL BART L CIFORELLI 01013443 MI-USAR | 40 Gelston Ave, Brooklyn NY |
| LT COL ARTHUR M CLARK 0374405 CE-USAR | 85 Sprague Rd, Scarsdale NY |
| LT COL WARNER G COSGROVE JR 01010302 ARMOR-USAR | 72 Gracie Sq, New York 2 NY |
| LT COL SHELDON M COVELL 0273524 MI-USAR | 111 Vernon Ave, Yonkers NY |
| LT COL LLOYD E DEWEY 0319968 CE-USAR | %New York University, 100 Washington Sq, New York NY |
| LT COL LUDWIG R ENGLER 0901767 SIGC-USAR | 523 E 14th St, New York NY |

par 40 SO 46 dtd 4 Mar 52 (contd) Hq NY Mil Dist 1242d ASU

| | |
|---|---|
| LT COL HAROLD J DUNLAP 0281572 MC-USAR | 165 Meadow Lane, New Rochelle NY |
| LT COL GEORGE C GREEN 0218076 QMC-USAR | Chatham Rd, Chappaqua NY |
| LT COL FRANK R JOHNSON 0221977 CMLC-USAR | 254 W 31st St, New York NY |
| LT COL ROBERT J KOLB 0456433 CE-USAR | 511 Fifth Ave, New York NY |
| LT COL EDWARD J LEONARD 0287642 MI-USAR | 3405 44th St, Long Island City NY |
| LT COL SELIG J LEVITAN 0276524 CMLC-USAR | 18 Wyndham Rd, Scarsdale NY |
| LT COL HENRY LIEBMAN 0195933 MSC-USAR | 440 E 23d St, New York NY |
| LT COL WILLIAM C MULLIGAN 0355518 CE-USAR | 354 4th Ave, New York NY |
| LT COL BENJAMIN D PILE 0465586 MSC-USAR | 50-20 213th St, Bayside LI NY |
| LT COL WM REINER-DEUTSCH 0483810 MSC-USAR | 36-20 211th St, Bayside LI NY |
| LT COL MURRAY H RESNI-COFF 0172906 ORDC-USAR | 390 1st Ave, New York 10 NY |
| LT COL WILLIAM E ROBINS 0471314 ORDC-USAR | 89-07 Springfield Blvd, Queens Village LI NY |
| LT COL FRANK ROHR 0145925 DC-USAR | 617 Lafayette Blvd, Long Beach LI NY |
| LT COL JAMES A ROONEY 0423036 MSC-USAR | 11 Court St, White Plains NY |
| LT COL NATHAN RUDITSKY 0133782 MI-USAR | 3341 Reservoir Oval, Bronx NY |
| LT COL LLOYD B SANDERSON 0143030 TC-USAR | 424 E 52d St, New York 22 NY |
| LT COL MAURICE SHERMAN 0266870 CE-USAR | 114-03 127th St, S Ozone Park LI NY |
| LT COL EMANUEL SINGER 0476685 SIGC-USAR | 300 W 108th St, New York NY |
| LT COL HARRY M SMITH 0504098 JAGC-USAR | 21 Sunset Drive, Ossining NY |
| LT COL HAROLD L STIEBEL 0338241 AGC-USAR | 100 W 58th St, New York NY |
| LT COL PAUL F VALENTINE 0917238 FC-USAR | 7 White Plains Ave, White Plains NY |
| LT COL JOHN E VANCE 0229832 CE-USAR | 390 West End Ave, New York NY |
| LT COL CARLTON B WICART 0914312 AGC-USAR | 156 Brompton Rd, Garden City LI NY |
| LT COL KAI G WINKELHORN 0921999 MI-USAR | 12 E 97th St, New York NY |
| LT COL MARK WOLLFELD 0314054 [illegible]-USAR | 142-34 59th Ave, Flushing LI NY |
| MAJ CHARLES ALLOU 01321276 MI-USAR | 115 Stuyvesant Pk, St George SI NY |
| MAJ WILLIAM F BARNES 0154832 ORDC-USAR | 14-34 141st St, Whitestone NY |
| MAJ GEORGE BERKOWITZ 0486199 DC-USAR | 726 N Bway, Yonkers NY |
| MAJ FRANCIS M BISHOP 0506694 AGC-USAR | 51 Madison Ave, Rm 1110, New York NY |
| MAJ JOHN D BLAUVELT 0264354 FC-USAR | 2120 Clove Rd, Grassmere SI NY |
| MAJ ROY E CAUBLE 0320821 TC-USAR | 114-44 226th St, St Albans NY |
| MAJ FRANK J CHELKONAS 0395942 MI-USAR | 919B Morrison Ave, New York NY |
| MAJ ALONZO W CLARK 0519039 MSC-USAR | Old Roaring Brook Rd, Mt Kisco NY |
| MAJ VICTOR S DE GUINZBOURG 01692515 MI-USAR | 52 Garden Pl, Brooklyn NY |
| MAJ DAVID M EICHORN 0482124 CMLC-USAR | 85-14 66th Ave, Forest Hills LI NY |
| MAJ LEE FELDER 01283930 MI-USAR | 150 Burns St, Forest Hills LI NY |
| MAJ JAMES P GALLATIN 0406964 MI-USAR | 1109 Madison Ave, New York NY |
| MAJ FERDINAND GLADZIK JR 0224213 MI-USAR | 1856 51st St, Brooklyn NY |
| MAJ CLIFFORD O HARRIS 01112752 CE-USAR | 69-20D 186th Lane, Flushing LI NY |
| MAJ ALBERT M HARTIG 01591178 MI-USAR | 34-50 59th St, Woodside LI NY |
| MAJ ROBERT H HARTMAN 0294219 MI-USAR | 530 E 88th St, New York NY |
| AMJ CLYDE JENNINGS JR 01037071 CMLC-USAR | 524 E 20th St, New York NY |
| MAJ JACOB J KASNITZ 0522100 TC-USAR | 158 Hillcrest Ave, Manhasset LI NY |
| MAJ ROCCO N LA FEMINA 01041380 ARTY-USAR | 1167 E 87th St, Brooklyn NY |
| MAJ ARTHUR S LAUNDON 0454369 ARMOR-USAR | 70 Pine St, New York 4 NY |
| MAJ PETER R LAVEZOLI 0320010 MI-USAR | 92 Seventh Ave, Brooklyn NY |
| MAJ PAUL M LEAKE 01644533 MI-USAR | 320 E 63d St, New York NY |
| MAJ VICTOR LEIBMANN 01554031 MI-USAR | 360 Cabrini Blvd, New York NY |
| MAJ JAMES J LOEB 0495558 MI-USAR | 242 E 19th St, New York NY |
| MAJ FRANK A MANUS 01573392 ORDC-USAR | 14 Peachtree Lane, Carle Place NY |
| MAJ ARMOUR E MARTIN 0569310 MI-USAR | 1 Wall St, New York NY |
| MAJ EVA MAZUR N725452 ANC-USAR | 31-44 85th St, Jackson Heights NY |
| MAJ JAMES E McINTYRE 0181162 QMC-USAR | 136 Homewood Ave, Yonkers NY |

par 40 SO46 dtd 4 Mar 52 (contd) Hq NY Mil Dist 1242d ASU

| | |
|---|---|
| MAJ IRVING W MENDELSON 0443940 AGC-USAR | 242 E 62d St, New York NY |
| MAJ GEORGE H MILLER 0527353 DC-USAR | 655 E 14th St, New York NY |
| MAJ GEORGE S MILLER 0519436 DC-USAR | 32-02 32d St, Astoria NY |
| MAJ HENRY Q MIDDENDORF 0959018 AS_USAR | 24 Monroe Pl, Brooklyn NY |
| MAJ HARRY B MONTUREAN 0224182 DC-USAR | 551 W 86th St, New York NY |
| MAJ CHARLES W MYRON 0173157 CMLC-USAR | 333 E 43d St, New York NY |
| MAJ WALTER L NEVILLE 0289686 ARTY-USAR | 2170 Madison Ave, New York 35 NY |
| MAJ NORMAN B NUSSBAUM 01001205 AGC-USAR | 158-18 Riverside Dr, New York NY |
| MAJ JOSEPH N OLMSTEAD 01030699 ARMOR_USAR | 1 William St, New York NY |
| MAJ FRED S PERRIN 01002710 JAGC-USAR | 515 Madison Ave , % Coca Cola Co, New York NY |
| MAJ BASIL PETROV 0920929 MI-USAR | 440 E 23d St, New York NY |
| MAJ EDWARD O B REID 01000457 AGC-USAR | 108 E 66th St, New York NY |
| MAJ ARTHUR SCHEER 0234528 MC-USAR | 435 W 44th St, New York 36 NY |
| MAJ AARON SCHWARTZ 01542938 MSC-USAR | 1135 White Plains Rd, Bronx NY |
| MAJ GEORGE SCHWARTZ 0264177 MC-USAR | 30 E 40th St, New York NY |
| MAJ MARVIN J SILVERMAN 0317389 CMLC-USAR | 2 Chedworth Rd, Scarsdale NY |
| MAJ TOBIAS STEGMAN 01944737 TC-USAR | 1491 Macombs Rd, Bronx NY |
| MAJ RICHARD W TUCKER 0414595 FC-USAR | 8 Peter Cooper Rd, New York NY |
| MAJ GEORGE F J VAN DER BOON 0902409 MI-USAR | 247 E 52d St, New York NY |
| MAJ GEORGE R VINCENT 0486655 SS-USAR | 401 Carroll Ave, Mamaroneck NY |
| MAJ SOLOMON WIENER 0361292 CMLC-USAR | 453 E 14th St, New York NY |
| MAJ HERMAN ZUCKERMAN 0242704 ARMOR-USAR | 111-45 76th Ave, Forest Hills NY |
| CAPT WILLIAM H BABCOCK 01641050 SIGC-USAR | 44 E 20th St, Apt 14, New York NY |
| CAPT CLARENCE S BARASCH 01642516 AS-USAR | 551 Fifth Ave, New York NY |
| CAPT FELIX BILGREY 0588261 MI-USAR | 33 Riverside Dr, New York NY |
| CAPT CARMINE L CALARCO 0960910 JAGC-USAR | 74 Grove St, New York NY |
| CAPT PARNELL J T CALLAHAN 01059395 JAGC-USAR | 37 Wall St, New York NY |
| CAPT JOSEPH A COHN 0544945 DC-USAR | 2083 E 16th St, Brooklyn NY |
| CAPT ANNA E COLGAN L202406 WAC-USAR | 2658 30th St, Long Island City NY |
| CAPT PETER J COUGHTER 01589138 TC-USAR | 1083 E 37th St, Brooklyn 10 NY |
| CAPT EDMOND B CUCE 01110437 MSC-USAR | 2723 Wallace Ave, Bronx NY |
| CAPT HAROLD J ENGEL 01645482 SIGC-USAR | 544 Beach 68th St, Arverne NY |
| CAPT EDWIN N FOSTER 0324927 VC-USAR | 1833 Carnaga Ave, Far Rockaway NY |
| CAPT ROBERT T FROSCH 01315575 TC-USAR | 51-39 Ireland St, Elmhurst LI NY |
| CAPT ALFRED E GALL 01536046 CMLC-USAR | 21-21 Cedar Ave, New York 53 NY |
| CAPT JAMES G HERGEN 01822142 ARMOR_USAR | 231 127th St, Bell Harbor LI NY |
| CAPT THOMAS G KEENAN 01554918 ORDC-USAR | 114 E 11th St, New York 3 NY |
| CAPT ARTHUR W KELSON 02048363 MSC-USAR | 7 Peter Cooper Rd, New York NY |
| CAPT SAM KIRSCHENBAUM 01344600 MSC-USAR | 2457 E 26th St, Brooklyn NY |
| CAPT GEORGE W LANDAU 01949580 MI-USAR | 11 Bway, Rm 460, New York NY |
| CAPT JOSEPHINE M LANDES N722189 ANC-USAR | 30 Myrtle Ave, Staten Island NY |
| CAPT SOLOMON MEYER 0530426 DC-USAR | 3591 Bainbridge Ave, Bronx NY |
| CAPT JOSEPH N MONTEVERDE 01585917 QMC-USAR | 180 Hall St, Brooklyn NY |
| CAPT JAMES P MURRAY 02042786 FC-USAR | 211 Bedford Blvd, Bronx NY |
| CAPT HYMAN NIEZWITZ 01945440 TC-USAR | 43-06 45th St, Sunnyside LI NY |
| CAPT HAROLD NORDLIGHT 096?017 JAGC-USAR | 51 Chambers St, New York 7 NY |

par 40 SO 46 dtd 4 Mar 52 (contd) Hq NY Mil Dist 1242d ASU

| | |
|---|---|
| CAPT MEYER ROSES 01948932 JAGC-USAR | 441 E 20th St, New York 10 NY |
| CAPT CHARLES T QUINN 01036345 CMLC-USAR | 80 Burr Ave, Hempstead NY |
| CAPT IRVING J SCHWARTZ 01579084 MSC-USAR | 4611 12th Ave, Brooklyn NY |
| CAPT SEYMOUR E SIMS 01055134 ARTY-USAR | 449 W 14th St, New York NY |
| CAPT HERMAN B STEIN 01716607 VC-USAR | 137 Powerhouse Rd, Roslyn Heights NY |
| CAPT DAVID WILNER 01646709 SIGC-USAR | 1041 Findley Ave, Bronx NY |
| CAPT LEO H WURDEMIE 0513059 VC-USAR | 85 S Highland, Ossining NY |
| 1ST LT LOUIS ASTEROFF 0981057 TC-USAR | 3425 Gates Place, Bronx NY |
| 1ST LT MILTON DICK 01546138 MSC-USAR | 538 E 21st St, Brooklyn NY |
| 1ST LT BEN J FROMKIN 01004117 SS-USAR | 147A S Ulmer Dr, Brooklyn NY |
| 1ST LT SIDNEY KATZ 02000899 MSC-USAR | 73-05 180th St, Flushing NY |
| 1ST LT ALLEN I MILLER 01535801 SS-USAR | 225 E 47th St, New York NY |
| 1ST LT PETER RUMORE 0971550 MSC-USAR | 648 E 51st St, Brooklyn NY |
| 1ST LT ROBERT J SOUTHER 01062705 TC-USAR | 100 Ketchum Ave, Amytiville LI NY |
| 2D LT MILTON GUDESBLATT 0980066 MSC-USAR | 37-12 99th St, Corona LI NY |
| 2D LT MATTHEW LEVY 0981133 CMLC-USAR | 2757 Claflin Ave, Bronx NY |
| 2D LT JAMES T WARD 0987793 AGC-USAR | 321 E 55th St, New York NY |

Reserve Officers serving as members of this Board, not on Extended Active Duty, will be credited in accordance w/par 4b (2) (d), DA SR 140-180-5, for the work performed as a member of this Board.-

Junior Member of the Board will render certificates of individual performance of Reserve Duty, in accordance w/prov of Sec III, DA SR 140-160-25, on each member serving on the Board.

****** ******

BY ORDER OF THE CHIEF, NEW YORK MILITARY DISTRICT:

OFFICIAL:

Lester A. Meyers

LESTER A MEYERS
Capt, AGC
Asst AG

LESTER A MEYERS
Capt, AGC
Asst AG

DISTRIBUTION: U
ORC Integration Bd 300
Off Sec 2