HEADQUARTERS US ARMY MILITARY DISTRICT NEW YORK
90 Church Street, New York 7, N. Y.

SPECIAL ORDERS
NUMBER 108

5 June 1957

E X T R A C T

1. Fol Examining Board for direct apt in the USAR, for New York City Area superseding Board apt by par 1 SO 130, this Hq, 1956, as amended, is apt to meet at the call of the Senior Member thereof for the purpose of processing such applicants for apt as may be authorized to appear for examination. AUTH: SR 140-15-1 and Cir 79 Hq First Army 1955.

PERMANENT MEMBERS

GRADE, NAME, SN, BR
COL THOMAS R LELAND 061004 AGC
COL CHARLES H JONES JR 0216762 INF
COL HARRY C BRINDLE 061380 TC
COL EARL M COOPER 034191 INF
LT COL PAUL W DILLINGHAM 0200926 CE
LT COL JAY W DOVERSPIKE 042229 CE
LT COL DONALD K HUGHES 038708 MPC
LT COL JOSEPH W KAHN 0337216 AGC
MAJ FRANK S ARCHBOLD 01947184 TC
MAJ RONALD I O'BRYAN 01304836 INF
MAJ ROBERT H PEOPLES 0518706 INF
MAJ CHARLES J BENGE 01284085 INF
MAJ STANLEY ZABLOCKI 01592741 QMC
MAJ JOSEPH R KINZIE 0455334 ARTY
MAJ JOHN T DUNPHY 01337409 INF
MAJ ROBERT L SWEENEY 01285137 ARTY
MAJ STOKES K ENGLE 01641271 SIGC
MAJ PHILIP J CURRAN 01637252 SIGC
MAJ WILLIAM A RAU 01011048 ARMOR
MAJ JOHN HERINA 01103689 CE
MAJ LOUIS J DUET 01319831 INF
CAPT JOSEPH C BLEVINS 0983702 AGC
CAPT CONSTANTINE COVOTSOS 02032069 AGC
CAPT HERMAN S WEISS 01312368 INF
CAPT WALTER E HARTZ 02017842 INF
CAPT ALAN G ROBERTSON 01998454 ARMOR
CAPT CALVIN J DI GIACOMANDREA 01329692 ARMOR
CAPT RALPH R PURGESS 01800077 MPC

GRADE, NAME, SN, BR
LT COL ARTHUR M HILLERY JR 0410116 INF
LT COL JOHN T BROWNE 040092 ARTY
LT COL JOE E STARNS 01288643 INF
LT COL ELLIS F RUSH 0395348 INF
LT COL FRANCIS R McENANY 0400133 ARTY
LT COL MILTON A EDDY 01172442 ARTY
LT COL HARRY F LOFTON 0265634 INF
LT COL GEORGE F HAWKINS 0233005 ARTY
MAJ RALPH L ALDRICH 01036890 CMLC
MAJ TERRENCE A DE BEAL 01183499 ARTY
MAJ PATRICK E CALLAGHAN 01556551 MPC
MAJ PAUL RIPPY 01573541 ORDC
MAJ ARTHUR F FORAN JR 0402828 QMC
MAJ GERARD B McGARRY 01584582 QMC
MAJ ALFRED O ANDERSEN 0481974 AGC
MAJ HENRY D STACY 02055952 MSC
MAJ SAM C DE LOACH 01944659 TC
MAJ GUY L COLSON 0269193 INF
MAJ WILLIAM E McNEE 02042734 ORDC
MAJ JOHN C WHITE 01042464 ARTY
MAJ ALBERT A SMITH 0319766 ARTY
CAPT ANGELO CENTRELLO 01032695 ARMOR
CAPT MARSHALL L KUHN 02262490 SIGC
CAPT JESSE HAMMERSTONE 0867422 ARMOR
CAPT JUSTIN J GEROULD 02007446 MSC
CAPT JEFFERSON S BOONE 01043872 ARTY
CAPT CRETIN L FISHER 02061639 MSC
1ST LT ROBERT E KRUG 01925344 INF

RESERVE MEMBERS

| | |
|---|---|
| COL KENNETH G ALLEN 0170099 MI-USAR | 35 Shady Glen Ct, New Rochelle NY |
| COL LOWELL D BEATTY 0908578 CE-USAR | Banksville Rd, Bedford NY |
| COL JOSEPH J BERHALTER 0281295 SIGC-USAR | 330 Thornton Rd, Englewood NJ |
| COL JAMES M BISBEE 0280632 ORDC-USAR | 1348 E 65th St, Brooklyn NY |
| COL HOUSTON A BROWN 0284648 SIGC-USAR | 39 Highmeadow Rd, Manhasset LI NY |
| COL GEORGE L CLARKE 0170681 ARTY-USAR | 146 Alta Ave, Yonkers 5 NY |
| COL DAVID T CLEMENTS 0312879 QMC-USAR | 10 Crescent Rd, Great Neck LI NY |
| COL FRANK J DE CARLO 0342897 INF-USAR | 315 Eighth Ave, N Pelham NY |
| COL GERALD D DORMAN 0404715 MC-USAR | 863 Park Ave, New York NY |

Par 1 SO 108 dtd 5 Jun 57 (contd) Hq US Army Mil Dist New York

RESERVE MEMBERS

| GRADE, NAME, SN, BR | ADDRESS |
|---|---|
| COL LESTER R DRAY JR 0359658 TC-USAR | 15 Mount Joy Ave, Scarsdale NY |
| COL WILLIAM H DRIBBEN 0382838 MPC-USAR | 1209 E 29th St, Brooklyn 10 NY |
| COL JACK B DUNN 0380432 AGC-USAR | 801 Bradford Ave, Westfield NJ |
| COL FRANCIS B ELDER 0353740 MSC-USAR | 1790 Bdwy, % Alpha, New York NY |
| COL LUDWIG R ENGLER 0901767 SIGC-USAR | % RCA Bldg, 66 Broad St, Rm 1004 New York NY |
| COL CHARLES W FICKE 0223759 INF-USAR | 28 Metroplitan Oval, Bronx NY |
| COL ARTHUR F FLOOD 0916225 TC-USAR | 15 Ingram St, Forest Hills NY |
| COL IRA H GENET 0223438 SIGC-USAR | 49 Beverly Rd, Great Neck NY |
| COL JOHN M GODFREY 0317681 ARTY-USAR | % J Baily, 40 Worth St, New York 13 NY |
| COL GEORGE C GREEN 0218076 QMC-USAR | 26 Chatham Rd, Chappaqua NY |
| COL AUGUST H GROESCHEL 0345922 MC-USAR | The New York Hosp, 525 E 68th St New York NY |
| COL FRANK N GUNDERSON 0283568 ARMOR-USAR | 2559 Sedgwick Ave, Bronx NY |
| COL JOHN J GUSSACK 0275468 CAMG-USAR | 135 Willow St, New York NY |
| COL CHARLES B GWYNN 0223492 ARTY-USAR | 149 Bdwy, % Clark Estates, New York NY |
| COL FREDERICK H HAUSER 0311304 JAGC-USAR | 1000 Hudson St, Apt 206, Hoboken NJ |
| COL CHARLES S HEAD JR 0254575 SIGC-USAR | 17 Kingsbury Rd, Garden City LI NY |
| COL LEO L HOFFMAN 0246889 INF-USAR | 140 Cabrini Blvd, New York 33 NY |
| COL HAROLD D HUTCHINGS 0295395 MI-USAR | % Chicago Tribune Times Bldg 229 W 43d St, New York NY |
| COL EDWARD S KING 0256720 MC-USAR | 4 W 43d St, New York NY |
| CHAP (COL) ARYEH LEV 0382144 CH-USAR | 1232 E 12th St, Brooklyn NY |
| COL ARTHUR LEVITT 0373480 JAGC-USAR | 22 E 40th St, New York 17 NY |
| COL ELMER P MARSHALL 0404151 SIGC-USAR | 325 Kings St, Portchester NY |
| COL DAVID E MAYER 0178166 MC-USAR | 12 E 87th St, New York NY |
| COL JEROME S PRINCE 0503778 ORDC-USAR | 26 Irving Lane, New Hyde Pk LI NY |
| COL JOHN E QUINN 0235067 INF-USAR | 1505 Silver St, New York 61 NY |
| COL FRED A RATHKE 0273410 ARMOR-USAR | 242 Talbot Pl, Clifton, Staten Island NY |
| COL JAMES E RICE JR 0237316 SIGC-USAR | 60 Hudson St, Rm 703, New York NY |
| COL WILLIAM RYBAK 0374617 CE-USAR | 93 Vincent Ave, Lynbrook NY |
| COL HENRY N SACHS 0223120 ORDC-USAR | 875 Park Ave, New York 21 NY |
| COL EDWARD R SAMUELS 0344625 QMC-USAR | 33 Argyle Rd, Scarsdale NY |
| COL JOHN W SCHERMERHORN 0193213 MI-USAR | 54 Park Ave, Manhasset NY |
| COL MORTON A SEIDENFELD 0246631 MSC-USAR | 40 Madison Ave, Ocean Side LI NY |
| COL CHARLES A SELBY 0332294 MI-USAR | 200 E 66th St, New York 2 NY |
| COL ALSTON L SHEPPERD 0267602 ARMOR-USAR | 34 St Austins Pl, Staten Island NY |
| COL WILLIAM F SORENSEN 0399051 TC-USAR | 2606 Clovermere Rd, Oceanside LI NY |
| COL ISAAC D SPIVACK 0263562 MC-USAR | 141-12 68th Dr, Flushing LI NY |
| COL RAY L TRAUTMAN 0201135 SS-USAR | 11 Perry Place, Bronxville NY |
| COL PAUL F VALENTINE 0917230 FC-USAR | 750 Lake St, White Plains NY |
| COL FRANK A VERGA 0377552 CAMG-USAR | 591 Summit Ave, Jersey City NJ |
| COL ALBERT L VREELAND 0298040 MI-USAR | 46 Woodland Ave, E Orange NJ |
| COL ALFRED P WALKER 0162611 SIGC-USAR | 200 E 66th St, New York NY |
| COL THOMAS J WALSH 0266012 QMC-USAR | 440 E 20th St, New York NY |
| COL ERWIN WIDMANN 0319808 CE-USAR | 1615 Schenectady Ave, Brooklyn NY |

Par 1 SO 108 dtd 5 Jun 57 (contd) Hq US Army Mil Dist New York

RESERVE [illegible]

| GRADE, NAME, SN, BR | ADDRESS |
|---|---|
| 1ST LT JOSEPH T [illegible]YDOK 01073069 FC-USAR | 333 Washington Ave, Brooklyn NY |
| 1ST LT WILLIAM F JOHNSON 0373913 SS-USAR | 4 E 89th St, New York NY |
| 1ST LT LEON L KARTERON 01024893 ARMOR-USAR | 133 E 117th St, New York NY |
| 1ST LT LAWRENCE W KATZ 0969298 FC-USAR | 760 Grand Concourse NY |
| 1ST LT STEPHEN R KAYE 01076160 FC-USAR | 110 E 76th St, New York NY |
| 1ST LT JOHN J KEEGAN 01328007 MPC-USAR | 83-12 242d St, Bellerose NY |
| 1ST LT EDMOND R LARSEN 0990052 MSC-USAR | 242 W 150th St, New York NY |
| 1ST LT CHARLES S LASKY 0969048 AGC-USAR | 100-15 Grand Central Pkwy, Jamaica 2 NY |
| 1ST LT ROBERT E LATHAM 01330072 INF-USAR | 150 Poplar St, Garden City NY |
| 1ST LT PHILIP LEHRMAN 01305041 INF-USAR | 220-08 88th Ave, Queens Village NY |
| 1ST LT MATTHEW LEVY 0981133 CMLC-USAR | 2757 Claflin Ave, Bronx NY |
| ~~1ST LT ANTHONY J [illegible] 01951219 AGC-USAR~~ | 38 Seaman Ave, Rockville Centre NY |
| 1ST LT EDWARD L LYNCH 02050108 SS-USAR | % Union Pacific RR Co, 120 Bdwy New York NY |
| 1ST LT YALE MARIENHOFF 02200563 FC-USAR | 34-15 74th St, Jackson Hts 72 NY |
| 1ST LT HENRY T McCABE 01335009 MPC-USAR | 212 E 83d St, New York NY |
| 1ST LT CHARLES E McDONOUGH 01033630 FC-USAR | 68 Iozia Terrace, E Patterson NJ |
| 1ST LT THOMAS J McGOLDRICK 02041476 ARTY-USAR | 64 Beverly Rd, Kew Gardens NY |
| 1ST LT LAWRENCE A NILSON 0903013 ARTY-USAR | 1512 Beach Ave, Bronx 60 NY |
| 1ST LT MILTON H PACHTER 01074006 INF-USAR | 1701 W 3d St, Brooklyn NY |
| 1ST LT WALTER ROSS 01534910 MSC-USAR | 15 Howard St, Mt Vernon NY |
| 1ST LT DAVID M ROTHENBERG 02020553 FC-USAR | 349 Campus Rd, Franklin Sq LI NY |
| 1ST LT THOMAS W RYLEY 01002056 INF-USAR | 32 Alexander Ave, Lynbrook NY |
| CHAP (1ST LT) MORRIS SAMBER 02270907 CH-USAR | 5701 Ft Hamilton Pkwy, Brooklyn NY |
| 1ST LT MILTON M SCHILLER 02007909 MPC-USAR | 2120 Benson Ave, Brooklyn NY |
| 1ST LT IRWIN M SHRUBSTEIN 01950963 ARMOR-USAR | 2114 Mapes Ave, Bronx NY |
| 1ST LT ANTHONY D SLOSEK 02012590 INF-USAR | 50-23 64th St, Woodside NY |
| 1ST LT MICHAEL A SQUILLANTE 02201471 INF-USAR | 95-35 104th St, Ozone Pk 16 NY |
| 1ST LT PRODYN THOMPSON JR 0975321 ARTY-USAR | 333 Macon St, Brooklyn 16 NY |
| 1ST LT JOSEPH A UCCI 01094035 FC-USAR | 23-46 31st Dr, Astoria 6 NY |
| 1ST LT JOHN A WALKE 01054855 ARTY-USAR | 801 W 137th St, New York 30 NY |
| 1ST LT JOSEPH S WILLIAMS 0979464 EC-USAR | 69-35 C 186th Lane, Fresh Meadows [illegible] |
| 2D LT KENNETH L BLOCM 04021904 AGC-USAR | 1520 Sheridan Ave, Bronx 57 NY |
| 2D LT BURTON L FINK 02273796 MSC-USAR | 200 Clinton St, Brooklyn NY |

FOR THE CHIEF:

OFFICIAL:

William G Engelmann

WILLIAM G ENGELMANN
Major, INF
Actg AG

WALTER D McCAHAN
Colonel, GS
Chief of Staff

DISTRIBUTION:
A, M, Q
Pers Concerned

| | |
|---|---|
| Fin & Acctg Off, Ft Jay NY | 4 |
| CG First Army Attn: AHFAG-MR | 1 |
| CG First Army Attn: AHFAG-MP | 1 |
| RPMD, Bklyn Army Term, Bklyn NY 1200 | |