Lt Fuchs/lt/ev

CONTROL GROUPS BRANCH
RESERVE PERSONNEL MANAGEMENT DIVISION

25 August 1955
DATE

MEMORANDUM

TO: Administrative Officer
Reserve Personnel Management Division

1. Application for award of the Armed Forces Reserve Medal has been received from:

| Mathew Levy | 1st Lt | 0 981 133 |
| --- | --- | --- |
| NAME | RANK | SERVICE NUMBER |

2757 Claflin Avenue, Bronx, New York
ADDRESS

1703

2. Applicant meets the requirements of paragraph 37, AR 672-15 dated 24 November 1954 for award of:

[X] Armed Forces Reserve Medal.

[ ] ( ) Ten year device(s).
Number

FILE IN 201

JOHN J FUCHS
1st Lt, Inf
Asst Pers Mgt Off

ARMED FORCES RESERVE MEDAL

1. The Armed Forces Reserve Medal is awarded for honorable and satisfactory service as a member or former member of one or more of the reserve components of the Armed Forces of the United States for a period of 10 years under the following conditions:

a. The 10 years of service must be within a period of 12 consecutive years.

b. A year of service after 1 July 1949 is one in which at least 50 retirement points are earned.

c. Service in a regular component must be in a concurrent reserve status.

d. Such service shall not include service in Honorary Reserve and/or Honorary Retired list.

2. For the purpose of determining eligibility, service as a member of a reserve component shall also include all service in the following organizations:

a. National Guard of the United States.
b. NG while in US Service.
c. Federally recognized NG prior to 1933.
d. Officer's Reserve Corps.
e. Enlisted Reserve Corps.
f. Organized Reserve Corps.
g. Army of the United States.
h. Naval Reserve (Force).
i. Marine Corps Reserve.
j. Limited Service Marine Corps Reserve.
k. Naval Militia.
l. National Naval Volunteer.
m. Air National Guard.
n. Air Force Reserve.
o. Air Force of the United States.
p. Coast Guard Reserve.

3. One 10-year device is authorized to denote service for each ten year period in addition to and under the same conditions as prescribed for the award of the Armed Force's Reserve Medal.

DD-214 / 215 Replacement - Free on-line Form SF-180 Processing
Military Replacement Certificates www Military-Certificates com
Ads by Google
Advertise on this site

Army Navy Air Force GRUNT Marine Corps Coast Guard Careers

**Page Links**

- Home
- Feedback
- Careers New!
- Awards

**Shopping**

- USMedals.com
- ROTC/JROTC
- Grunt Gear
- Education
- Posters
- Flags
- Military Books
- Military Movies

**Forum**

- Grunt Forum
- Cadet Forum

**Site-Ring**

- Join

**MilTerms.com**

- Dictionary

**Grunt Award**

- Apply

**Rank Insignia**

- Army
  - AROTC
  - AJROTC
- Navy
  - NJROTC
- Air Force
  - AFROTC
  - AFJROTC
  - USAF Academy
  - Civil Air Patrol
- Marine Corps
  - MCJROTC
- Coast Guard

**Medals/Ribbons**

- Rackbuilder
- Army

# Armed Forces Reserve Medal







Click here to buy this medal/ribbon (Army)

Click here to buy this medal/ribbon (Air Force)

Click here to buy this medal/ribbon (Navy)

Click here to buy this medal/ribbon (Coast Guard)

Click here to buy this medal/ribbon (Army National Guard)

Click here to buy this medal/ribbon (Marine Corps)

Ads by Google

DD-214 / 215
Replacement

Free on-line Form
SF-180
Processing
Military
Replacement
Certificates

www.Military-Certificates.com

Advertise on this site

**1. Description**: A bronze medal 1 ¼ inches in diameter, with a flaming torch in front of a crossed powder horn and a bugle within a circle composed of thirteen stars and thirteen rays. On the reverse is a different design for each of the reserve components. The reverse of all medals have the inscription "ARMED FORCES RESERVE" around the rim. **Organized Reserve**: On a wreath, the Lexington Minuteman statue as it stands on the Common in Lexington, Massachusetts encircled by thirteen stars. **National Guard**: The National Guard insignia (two crossed fasces superimposed on an eagle displayed with wings reversed. **Air Force Reserve**: The crest from the Air Forces seal (on a wreath, an eagle displayed in front of a cloud form). **Naval Reserve**: The center device of the Department of the Navy seal (an eagle displayed on an anchor in front of a ship in full sail). **Marine Corps Reserve**: The Marine Corps insignia (eagle perched on a globe superimposed on an anchor). **Coast Guard Reserve**: The central design of the Coast Guard seal (crossed anchors superimposed by a shield within an annulet).

Ads by Google

Save on
Military Gear

Clearance sale on
in-store products at
our Gaithersburg
shop only.
www.hgear.biz

Advertise on this site

**2. Devices**: Bronze hourglass to indicate 10 years service; silver hourglass to indicate 20 years service; gold hourglass to indicate 30 years service; letter "M" to indicate mobilization in support of US Military operations or contingencies designated by the Secretary of Defense; and a numeral to indicate number of times mobilized.

**3. Ribbon**: The ribbon is 1 3/8 inches wide and consists of the following stripes: 1/16 inch Bluebird 67117; 1/32 inch Chamois 67142; 1/16 inch Bluebird; 1/32 inch Chamois; 1/16 inch Bluebird; 3/8 inch Chamois; center 1/8 inch Bluebird; 3/8 inch Chamois; 1/16 inch Bluebird; 1/32 inch Chamois; 1/16 inch Bluebird; 1/32 inch Chamois; and 1/16 inch Bluebird.

**4. Criteria**: Award under one of the following conditions:

a. Awarded for honorable and satisfactory service as a member of one or more of the Reserve Components of the Armed Forces of the United States for a period of 10 years within a 12-year period. Upon completion of the fourth 10-year period, a gold hourglass followed by a bronze hourglass shall be awarded.

b. Awarded for mobilization on or after 1 August 1990, to members called to active duty and served under Title 10, United States Code (USC) (Defense Department) or Title 14 USC (Coast Guard) or the member volunteered and served on active duty in support of US Military operations or contingencies designated by the Secretary of Defense. The "M" device is worn to indicate mobilization. Subsequent mobilizations are denoted by the wear of a number to indicate the number of times mobilized. No hourglass is worn unless authorized under the above paragraph.

**5. Components**: the following are components of the Armed Forces Reserve Medal:

a. Medal (regular size): MIL-DTL-3943/231. (Stock number for the full size medal set with ribbon bar.) National Guard: NSN 8455-00-227-1713; USAR: 8455-00-269-5781.

b. Medal (miniature): MIL-DTL-3943/231. Available commercially.

c. Ribbon: MIL-DTL-11589/13. NSN 8455-00-265-4916.

**6. Background**: The Armed Forces Reserve Medal was authorized by President Truman by Executive Order 10163, dated 25 September 1950. The Executive Order was amended by Executive Order, dated 6 August 1996, to include authorization for award based on mobilization.

**7. Wear**: If no "M" device is authorized, the appropriate hourglass shall be positioned in the center of the ribbon. If no hourglass is authorized, the "M" device shall be positioned in the center of the ribbon, followed by Arabic numerals indicating the number of times the device has been awarded, starting with the second award (no number is worn for the first award). If both the hourglass and the "M" device are awarded, the hourglass shall be positioned in the first position on the ribbon (at the wearer's right), the "M" device in the middle position, and the number of times the "M" device has been awarded in the remaining position (at the wearer's left).

Most of the graphics displayed have been scanned by the author of this web site.
Please **ask permission** before using. Thanks!

Click here to make GruntsMilitary.com your default homepage
Currently **37** visitors online.

Copyright © 2007 GruntsMilitary.com
All rights reserved.