NEW YORK CHEMICAL PROCUREMENT DISTRICT, U. S. ARMY
~~XXXXXXXXXXXXXX~~ 290 Broadway
NEW YORK ~~XX~~ N. Y.
7

IN REPLY REFER TO:

CMLMC-NY-ZP-3

28 August 1957

First Lt. Mathew Levy
c/o Bayshore Togs
Locust Street
Keyport, N. J.

Dear Mat:

Please accept my apologies for the delay in the preparation of your report, (we have had our problems). Your original has been forwarded to the Commanding Officer for review.

Your Analysis of operational responsibilities concerning our Branch is one of the finest I have had the privilege to read.

I certainly hope your efforts will bring deserving rewards.

Very truly yours,

Tom

THOMAS W. MURPHY, 1st Lt CmlC
Chief, Procurement Services Branch.

1 Incl.
Analysis of DMS & Surplus Funds