H Blackner/ /
GE 9-5400 Ext 2154

HEADQUARTERS
NEW YORK MILITARY DISTRICT
90 Church Street
New York 7, N. Y.

Suspense
Date: 24 Jan 57

AHMPM(3)(1702) 201 (ADDRESSEE SHOWN BELOW)

10 Jan 57

SUBJECT: Mobilization Designation Assignment

TO:
1st Lt Nathan Levy, O 981 133
2757 Claflin Ave.
Bronx, New York

1. You have been selected by the Department of the Army for the following mobilization designation position:

MOBILIZATION DESIGNATION T/D NUMBER: 3-9721 (P), New York Chemical Procurement District, NY, NY

T/D GRADE: Captain

Procurement Expediter

MOS: 4320

MOS TITLE: Procurement Officer

2. An information sheet is inclosed to assist you in making a decision as to whether or not you desire to accept this assignment.

3. It is requested that you complete the inclosed acceptance form and return to this headquarters no later than 24 Jan 57.

4. A self addressed envelope is inclosed for your convenience.

FOR THE CHIEF:

C Covotsos
C. COVOTSOS
Captain, AGC
Asst Pers Mgt Off

3 Incl
1. Info Sheet
2. Accept Form
3. Self add env

NYMD FL 0492
18 May 1956