**Paul Croushore, J.D., LL.M.**
**Attorney at Law**

407 American Building
30 E. Central Parkway
Cincinnati, OH 45202
(513) 381-5555

P.O. Box 75170
Cincinnati, OH 45275-5170
fax 859-689-0118
CROUSHLAW@aol.com

December 17, 2001

Army Review Boards Agency
Support Division, St. Louis
ATTN: SFMR-RBR-SL
9700 Page Blvd
St. Louis, MO 63132-5200

Re: Request for Correction of Military Records

Dear Sirs:

I represent Mr. Mathew Levy. Mr. Levy was discharged on September 18, 1958, as the result of an error in processing. As best we can determine, some other officer's documents were placed in then-Lieutenant Levy's file, with the result that he was passed over for promotion, and ultimately discharged.

When Mr. Levy sought correction, it appears that the Board reviewed his erroneous file and, without showing or informing Mr. Levy of the actual basis of the determination, found that he had not demonstrated evidence of material error or injustice. Had Mr. Levy been shown the documents included in the present packet, especially the Memorandum for: Executive Secretary, ABCMR (dated 2 January 1959) and the undated handwritten note, he could then have demonstrated the erroneous nature of the evidence.

Mr. Levy therefore requests reconsideration of the 1959 denial of his request to correct his military records. Please feel free to contact me if I may be of any assistance in this matter.

Sincerely,

Paul Croushore

Enclosures

MEMORANDUM FOR: Executive Secretary, ABCMR 2 January 1959

NAME: LEVY, MATHEW ASN: 0 981 133 RANK: 1st Lt HON DISCH: 18 Sep 58

APPLICANT REQUESTS: That, in effect, he be reinstated in the Res and promoted to the grade of Capt. He claims that a true and accurate account of his military efficiency is not reflected in his records. In support of his application he submits letters of commendation and character references.

MATERIAL EVIDENCE OF RECORD: DOB: 23 Nov 26. Enlisted service: 18 Nov 44 - 4 Nov 46. Appointed 2d Lt, ORC, 1 Oct 49. Promoted to 1st Lt 29 Jun 53. He was passed over for Res promotion in 1957 and 1958, and was honorably discharged on 18 Sep 58 as a result thereof.

His efficiency reports indicate that he was considered fully qualified for promotion by his rating officer on 16 Sep 57. However, he was on active duty for training for 2 consecutive 6-months periods beginning 1 Jan 57 through 31 Dec 57, and his rating officer on 21 Jan 58 felt that he had not demonstrated potential for promotion despite his opportunity to do so. The rating officer who rendered the favorable report on him in Sep 57, again considered appl qualified for promotion on 21 Jul 58, after appl had served on a 2-week tour of active duty for training.

The law requires that an officer be discharged from the Res if he fails to be selected for promotion to the next higher grade by a Selection Board, after having twice been considered by a Selection Board.

RECOMMENDATION: There is nothing in appl's records to indicate that he has not been properly rated. The reason or reasons for his pass over for promotion by the Selection Boards is not known, as such Boards do not prepare proceedings, or leave any workup sheet in the files to show the basis for their selection or non-selection of an individual. Under the circumstances there appears to be no basis for a formal hearing, and a denial of appl's application is accordingly recommended.

Examiner

PFC Ross Berry believes the
Gun was the proper posting
Officer for the purpose
[illegible] [illegible] [illegible] believe duty
[illegible] [illegible] for [illegible] year
for [illegible] [illegible] at #13
at [illegible] [illegible] that he
USAHDNY [illegible] unaccountable
and apparently [illegible]
directly to the General.