October 30, 2002

Mr. Carl Chun, Director
Board of Corrections, Department of the Army
1941 Jefferson Davis Highway - 2nd Floor
Arlington, Va. 22202

```
Item ID:...........97497
Name:..............LEVY, MATHEW
SSN:...............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
MSN:...............
Doc Type:..........Reco
Receipt Date /Time.11/07/2002/07:41:08 AM
Edited By..........DANIED
```

Dear Mr. Chun:

In response to your letter dated 28 May 2002, contending lack of basis for resubmitting my request, I would like to clarify the issues you raised in Paragraph 4 (underlined); and Paragraph 6 (underlined):

(A). Paragraph 4 -"there is no evidence that the note was seen by the Promotion Board" (copy enclosed) -

This note was supplied by the Department of the Army to Congressman Kaisch in 2001.. The fire in St. Louis destroyed all other records, and the only records available, as stated by The Department of the Army, were the records you possess. The Department of the Army supplied the document and was obviously seen by the Board since it was in the file.

(B). "You have provided no evidence nor is there any evidence of record that the statement (referring to Active Duty 1 January '57 to 31 December '57) is not correct".

Certainly Army pay records for that period are available. My IRS Income Tax Statements are also available, and other personal records substantiate the facts. You never asked me to supply documentation, but simply assumed the fact. I have in my possession a complete copy of my Officer 201 File and partial copies of my Enlisted 201 File for inspection.

This situation has been going on for 42 years. I am prepared to fly to Virginia or Washington with the documents to support my claim.

I feel given the opportunity to plead my case on a personal basis, with some thoughts toward resolution, will help bring the issue to permanent closure. I request you reevaluate the enclosed letters from Congressman Kasich and my Attorney; and, particularly the memo to the Executive Secretary, ABCMR; paying attention to the fact I was deemed fully qualified, except for Active Duty Periods in 1957 (which did not exist).

A grave injustice has occured. Please help me to bring the issue to resolution. I remain,

Sincerely,

Mathew Levy

8084 Kenndy Road
Blacklick, Ohio 43004 - 8726
(614) 861-8782