# Monthly Basic Pay and Allowances

Effective: 1 April 1955

| | Cumulative Years of Service 1/ | | | | | | | | | | | | | | | Personal | Basic | Basic Allowance for Quarters | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rank | Under 2 | Over 2 | Over 3 | Over 4 | Over 6 | Over 8 | Over 10 | Over 12 | Over 14 | Over 16 | Over 18 | Over 20 | Over 22 | Over 26 | Over 30 | Money Allowance | Allowance for Subsistence | With Dependent | Without Dependent |
| FL ADM | 963.30 | | 1,021.80 | | | | | | | | | | | | 1,076.40 | 333.33 | 47.88 | 171.00 | 136.80 |
| O-10 | 963.30 | | 1,021.80 | | | | | | | | | | | | 1,276.40 | 183.33 | 47.88 | 171.00 | 136.80 |
| O-9 | 963.30 | | 1,021.80 | | | | | | | | | | | | 1,176.40 | 41.67 2/ | 47.88 | 171.00 | 136.80 |
| O-8 | 963.30 | | 1,021.80 | | | | | | | | | | | | 1,076.40 | | 47.88 | 171.00 | 136.80 |
| O-7 | 800.28 | | 850.00 | | | | | | | | | | | 904.80 | 967.20 | | 47.88 | 171.00 | 136.80 |
| O-6 | 592.80 | | 631.80 | | | | | | | 655.20 | 717.60 | | 748.80 | 780.00 | 811.20 | | 47.88 | 136.80 | 119.70 |
| O-5 | 474.24 | | 507.00 | | | | | 530.40 | 561.60 | 577.20 | 608.40 | | 639.60 | 670.80 | | | 47.88 | 136.80 | 102.60 |
| O-4 | 400.14 | | 429.00 | | | 452.40 | 483.60 | 499.20 | 514.80 | 530.40 | 561.60 | | 577.20 | 592.80 | | | 47.88 | 119.70 | 94.20 |
| O-3 | 326.04 | | 351.00 | 374.40 | 405.60 | 421.20 | 436.80 | 452.40 | 468.00 | 483.60 | 499.20 | | 514.80 | | | | 47.88 | 102.60 | 85.50 |
| O-2 | 259.36 | 274.18 | 335.40 | | 351.00 | 366.60 | 382.20 | 397.80 | 413.40 | | | | | | | | 47.88 | 94.20 | 77.10 |
| O-1 | 222.30 | 237.12 | 296.40 | | 312.00 | 327.60 | 343.20 | 358.80 | 374.40 | | | | | | | | 47.88 | 85.50 | 68.40 |
| W-4 | 332.90 | 354.90 | | | 370.50 | 386.10 | 401.70 | 421.20 | 452.40 | 468.00 | 483.60 | | 499.20 | 514.20 | 530.40 | | 47.88 | 119.70 | 94.20 |
| W-3 | 302.64 | 323.70 | | | 331.50 | 339.30 | 347.10 | 358.80 | 374.40 | 382.20 | 405.60 | | 428.00 | 443.60 | 459.20 | | 47.88 | 102.60 | 85.50 |
| W-2 | 264.82 | 280.80 | | | 288.60 | 304.20 | 319.80 | 335.40 | 350.00 | 357.80 | 373.40 | | 389.40 | 404.60 | 420.20 | | 47.88 | 94.20 | 77.10 |
| W-1 | 219.42 | 251.20 | | | 266.80 | 286.30 | 294.10 | 305.80 | 313.60 | 321.40 | 337.00 | | 352.60 | 368.20 | | | 47.88 | 85.50 | 68.40 |
| | Cumulative Years of Service 1/ | | | | | | | | | | | | | | | Basic Allowance for Quarters | | | |
| Rank | Under 2 | Over 2 | Over 3 | Over 4 | Over 6 | Over 8 | Over 10 | Over 12 | Over 14 | Over 16 | Over 18 | Over 20 | Over 22 | Over 26 | Over 30 | Without Dependent | One Dependent | Two Dependent | Three or Dependents |
| E-7 | 206.39 | 222.30 | | 230.10 | 237.90 | 253.50 | 261.30 | 273.00 | 280.80 | 288.60 | 304.20 | | 319.80 | 335.40 | | 51.30 | 77.10 | 77.10 | 96.90 |
| E-6 | 175.81 | 187.20 | | 195.00 | 214.50 | 222.30 | 234.00 | 241.80 | 249.60 | 257.40 | 273.00 | | 288.60 | | | 51.30 | 77.10 | 77.10 | 96.90 |
| E-5 | 145.24 | 163.80 | | 183.30 | 191.10 | 202.80 | 210.60 | 218.40 | 226.20 | 234.00 | 241.80 | | 257.50 | | | 51.30 | 77.10 | 77.10 | 96.90 |
| E-4 | 122.30 | 140.40 | | 159.90 | 167.70 | 179.40 | 187.20 | 195.00 | 202.80 | 210.60 | 218.40 | | | | | 51.30 | 77.10 | 77.10 | 96.90 |
| E-3 | 99.37 | 117.00 | | 132.60 | 140.40 | 148.20 | 156.00 | 159.90 | 163.80 | | | | | | | 51.30 | 51.30 | 77.10 | 96.90 |
| E-2 | 85.80 | 101.40 | | 109.20 | 117.00 | 124.80 | 132.60 | | | | | | | | | 51.30 | 51.30 | 77.10 | 96.90 |
| E-1 +4mos | 83.20 | 98.80 | | 106.60 | | | | | | | | | | | | 51.30 | 51.30 | 77.10 | 96.90 |
| E-1 -4mos | 78.00 | | | | | | | | | | | | | | | 51.30 | 51.30 | 77.10 | 96.90 |

Notes:

1. If no amount is shown for a pay grade under cumulative years of service, the amount immediately to the left applies.
2. While serving as U.N. member $225.00

# Monthly Incentive Pay (Aviation Pay Crew-Member and Submarine Duty Pay) and Other Special Pay

Effective: 1 April 1955

| | Cumulative Years of Service 1/ | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Rank | Under 2 | Over 2 | Over 3 | Over 4 | Over 6 | Over 8 | Over 10 | Over 12 | Over 14 | Over 16 | Over 18 |
| O-10 | 165.00 | | | | | | | | | | |
| O-9 | 165.00 | | | | | | | | | | |
| O-8 | 155.00 | | 165.00 | | | | | | | | |
| O-7 | 150.00 | | 160.00 | | | | | | | | |
| O-6 | 200.00 | | 215.00 | | | | | | | 220.00 | 245.00 |
| O-5 | 190.00 | | 205.00 | | | | | 210.00 | 225.00 | 230.00 | 245.00 |
| O-4 | 170.00 | | 185.00 | | | 195.00 | 210.00 | 215.00 | 220.00 | 230.00 | 240.00 |
| O-3 | 145.00 | | 155.00 | 165.00 | 180.00 | 185.00 | 190.00 | 200.00 | 205.00 | | |
| O-2 | 115.00 | 125.00 | 150.00 | | 160.00 | 165.00 | 170.00 | 180.00 | 185.00 | | |
| O-1 | 100.00 | 105.00 | 135.00 | | 140.00 | 145.00 | 155.00 | 160.00 | 170.00 | | |
| W-4 | 115.00 | | | | 120.00 | 125.00 | 135.00 | 145.00 | 155.00 | 160.00 | 165.00 |
| W-3 | 110.00 | 115.00 | | | 120.00 | | 125.00 | 135.00 | 140.00 | | |
| W-2 | 105.00 | 110.00 | | | 115.00 | 120.00 | 125.00 | 130.00 | 135.00 | | |
| W-1 | 100.00 | 105.00 | | | 110.00 | 120.00 | 125.00 | 130.00 | | | |
| E-7 | 80.00 | 85.00 | | | 90.00 | 95.00 | 100.00 | 105.00 | | | |
| E-6 | 70.00 | 75.00 | | 80.00 | 85.00 | 90.00 | 95.00 | | 100.00 | | |
| E-5 | 60.00 | 70.00 | | 80.00 | | 85.00 | 90.00 | 95.00 | | | |
| E-4 | 55.00 | 65.00 | | 70.00 | 75.00 | 80.00 | | | | | |
| E-3 | 55.00 | 60.00 | | | | | | | | | |
| E-2 | 50.00 | 60.00 | | | | | | | | | |
| E-1 +4mos | 50.00 | 55.00 | | | | | | | | | |
| E-1 -4mos | 50.00 | | | | | | | | | | |
| NavCad | 50.00 | | | | | | | | | | |

Family
Separation Allowance
Officers - $30.00
*Enlisted - $30.00

* Applies to E-4 (Over 4 and Above)

Special Pay Sea & Foreign Duty Pay

| | | | |
|---|---|---|---|
| E-9 | 22.50 | E-4 | 13.00 |
| E-8 | 22.50 | E-3 | 9.00 |
| E-7 | 22.50 | E-2 | 8.00 |
| E-6 | 20.00 | E-1 | 8.00 |
| E-5 | 16.00 | NavCad | 8.00 |

Basic Allowance for Subsistence

Enlisted:

When rations in kind are not available $2.57 per day

Notes:

1. If no amount is shown for a pay grade under cumulative years of service, the amount immediately to the left applies.