DEPARTMENT OF THE ARMY
BOARD FOR CORRECTION OF MILITARY RECORDS
1901 SOUTH BELL STREET 2ND FLOOR
ARLINGTON, VA 22202-4508

November 28, 2006

Case Management Division/wa
LEVY, MATTHEW
AR20060000014462

Mr. Joel D. Davis
Gilbert J. Ginsburg
Attorney and Counselor at Law
1250 24th Street, N.W. Suite 350
Washington, DC 20037

Mr. Davis:

This is in response to your August 29, 2006 letter submitted on behalf of Mr. Matthew Levy requesting reconsideration of a previous Army Board For Correction of Military Records (ABCMR) decision.. The original case was considered by the ABCMR in 1959 and reconsidered (case AR20050009008) on 26 January 2006.

Army Regulation 15-185 sets forth procedures for processing requests for correction of military records. Paragraph 2-15b governs requests for reconsideration. This provision of the regulation allows an applicant to request reconsideration of an earlier ABCMR decision if the request is received within one year of the ABCMR's original decision and it has not previously been reconsidered.

The staff of the ABCMR reviewed your request for reconsideration and determined that your request for reconsideration was not received within one year of the ABCMR's original decision and has been previously reconsidered. As a result, your request for reconsideration does not meet the criteria outlined above, and we are returning your request without further action.

The ABCMR will not consider any further requests for reconsideration of this matter. However, you have the option to seek relief in a court of appropriate jurisdiction.

Sincerely,

Walter Avery
Chief, Case Management Division

Printed on Recycled Paper