# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * | |
| **MATHEW LEVY,** | |
| **Plaintiff,** | **No. 07-829C** |
| **v.** | **Filed: January 25, 2008** |
| **UNITED STATES,** | |
| **Defendant.** | |
| * * * * * * * * * * * * * * * * * * * * | |

## O R D E R

The Notice of Appearance in the above-captioned case was filed on January 18, 2008. To discuss future proceedings of this case, the court **ORDERS** the parties to appear at a status conference on **Monday, February 4, 2008, at 10:30 a.m. EST,** at the National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005. Both parties may appear by telephone. Unless otherwise notified, the court will contact Mr. Ginsberg at (202) 776-7772, Mr. Sullivan at (202) 585-6930 and Mr. Hipp at (202) 305-3091.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**