# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * | |
| **MATHEW LEVY,** | |
| **Plaintiff,** | **No. 07-829C** |
| **v.** | **Filed: February 4, 2008** |
| **UNITED STATES,** | |
| **Defendant.** | |
| * * * * * * * * * * * * * * * * * * * * | |

## O R D E R

The court held a status conference in the above-captioned case on February 4, 2008, with the parties appearing by telephone. As discussed with the parties at the conference, on or before **Tuesday, March 4, 2008**, plaintiff shall file a first amended complaint. On or before **Friday, April 4, 2008**, defendant shall file a revised motion to dismiss and accompanying brief. On or before **Monday, May 5, 2008**, plaintiff shall file his response brief to the defendant's motion. On or before **Friday, May 23, 2008**, defendant shall file its reply brief. As agreed to by the court and the parties, defendant shall not file the administrative record in this case until the pending dispositive motion is resolved.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**