IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MATHEW LEVY,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 07-829C<br>(Judge Horn) |

## JOINT MOTION TO MODIFY SCHEDULING ORDER

Plaintiff, Mathew Levy, and defendant, the United States, respectfully request that the Court modify the scheduling order dated February 4, 2008. In that order, the Court set a deadline of March 4, 2008, for plaintiff to file an amended complaint, and set forth a briefing schedule for defendant's motion to dismiss.

Plaintiff is prepared to file his amended complaint by Friday of this week, and proposes to advance the briefing schedule accordingly. Defendant consents to this request. Accordingly, the parties respectfully propose the following new briefing schedule:

February 22, 2008: Plaintiff's first amended complaint

March 25, 2008: Defendant's motion to dismiss (currently due April 4, 2008)

April 24, 2008: Plaintiff's opposition to defendant's motion to dismiss (currently due May 5, 2008)

May 15, 2008: Defendant's reply in support of its motion to dismiss (currently due May 23, 2008).

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Gilbert J. Ginsburg
Gilbert J. Ginsburg
Attorney and Counselor at Law
1250 24th Street NW, Suite 350
Washington, DC 20037
Tel: (202) 776-7772
Fax: (202) 776-7773
E-mail: gilgins@aol.com

OF COUNSEL:

Timothy Sullivan
Stephen Jeffrey
Katherine Gehringer
Thompson Coburn LLP
1909 K St. NW, Suite 600
Washington, DC 20006

Counsel for Mathew Levy

February 22, 2008

s/ Donald E. Kinner by s/ Kirk T. Manhardt
DONALD E. KINNER
Assistant Director

s/ Roger A. Hipp
ROGER A. HIPP
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 305-3091
Fax: (202) 514-8640

OF COUNSEL:

MAJOR JERRETT DUNLAP
United States Army Litigation Division
Military Personnel Branch
901 N. Stuart Street, Suite 400
Arlington, VA 22203-1837
Tel: (703) 696-1628
Fax: (703) 696-8126

Attorneys for Defendant