# In the United States Court of Federal Claims

| | |
|---|---|
| MATHEW LEVY,<br>Plaintiff,<br>v.<br>UNITED STATES,<br>Defendant. | **No. 07-829C**<br>**Filed: February 25, 2008** |

## O R D E R

The court is in receipt of the parties' joint motion to modify the scheduling order. The due dates in the court's order of February 4, 2008, were chosen to reflect the substance and quality of the parties' briefs expected by the court. Should a party find that it can file a comprehensive brief of the requisite quality prior to the due date in the schedule, the party may do so, since all of the dates are "on or before."

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**