# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * | |
| **MATHEW LEVY,** | |
| **Plaintiff,** | **No. 07-829C** |
| **v.** | **Filed: March 10, 2008** |
| **UNITED STATES,** | |
| **Defendant.** | |
| * * * * * * * * * * * * * * * * * * * * | |

## O R D E R

In reviewing the plaintiff's February 21, 2008 First Amended Complaint, page 17, instead of continuing the Prayer begun on page 16, and containing the required electronic signature, is marked "Exhibits." On or before **Monday, March 17, 2008**, plaintiff shall file a Corrected First Amended Complaint, which shall be a complete, integrated, stand-alone document. The remainder of the schedule in the court's order of February 4, 2008, shall remain unchanged.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**