# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * *

MATHEW LEVY,

Plaintiff,

v.

UNITED STATES,

Defendant.

* * * * * * * * * * * * * * * * * * *

**No. 07-829C**
**Filed: April 14, 2008**

## O R D E R

The court is in receipt of the defendant's April 4, 2008, RCFC 12(e) motion for a more definite statement, with respect to when plaintiff received the January 2, 1959 memorandum, which is shown at Exhibit 7 of the plaintiff's March 12, 2008, First Amended Complaint. Plaintiff's original complaint did not include Exhibit 17, but plaintiff's March 12, 2008 First Amended Complaint contained Exhibit 17, which indicates a possible way that Exhibit 7 came into the plaintiff's possession. The court, in the interest of efficiency, does not want the briefing on the defendant's motion to dismiss to be based on erroneous facts, rendering the effort wasted. Defendant's motion for a more definite statement, therefore, is **GRANTED**. In a Second Amended Complaint, plaintiff shall clarify when he received the memorandum in question, in light of Exhibit 17 to the First Amended Complaint.

Plaintiff also is afforded the opportunity to modify paragraph 3 of the First Amended Complaint, or to expressly retain paragraph 3 in its present form, if plaintiff deems it to be accurate, in light of note 1 on page 3 of the defendant's April 4, 2008 motion concerning whether the Military Pay Act, 37 U.S.C. § 204 (2000), is a money-mandating statute under the facts and circumstances of this case.

On or before **Wednesday, April 23, 2008**, plaintiff shall file a Second Amended Complaint, which shall be a complete, integrated, stand-alone document. Furthermore, the **SCHEDULE** in the court's order of February 4, 2008, is modified as follows: on or before **Friday, May 9, 2008**, defendant shall file a revised motion to dismiss and accompanying brief. On or before **Friday, May 30, 2008**, plaintiff shall file his response brief to the defendant's motion. On or before **Friday, June 6, 2008**, defendant shall file its reply brief. As agreed to by the court and the parties, defendant shall not file the administrative record in this case until the defendant's motion to dismiss is resolved.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**