**BEFORE THE**
**UNITED STATES COURT OF FEDERAL CLAIMS**
**WASHINGTON, D.C.**

| | | |
|---|---|---|
| MATHEW LEVY,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 1:07-cv-829 |

**MOTION FOR EXTENSION OF TIME TO FILE SECOND AMENDED COMPLAINT**

The undersigned attorney for plaintiff Mathew Levy respectfully requests an extension of time to file a Second Amended Complaint, until May 8, 2008. The reason for the request is that the undersigned did not receive notice from the Court that the Court's Order of April 14, 2008 had been filed. (Had plaintiff received notice that the Order had been filed, plaintiff would not have filed its Reply to Defendant's Motion for a More Definite Statement three days later.) We do not know why we did not receive notice from the Court, as we have received electronic notice of every other filing in the case. In addition, we were not expecting the Order to be issued that early, in light of the Court's statement in its notification to us of the filing of Defendant's motion for a more definite statement that plaintiff's "Response [was] due by 4/21/2008."

We received a copy of the Court's Order as an enclosure to Mr. Hipp's e-mail to the undersigned received yesterday. Exhibit 1. Counsel for the Government has no objection to this request. Id.

Respectfully submitted,

s/Gilbert J. Ginsburg
1250 24th Street, NW, Suite 350
Washington, D.C. 20037
Phone: (202) 776-7772
Fax: (202) 776-7773
E-mail: gilgins@aol.com

Attorney of record for Mathew Levy

Dated: May 1, 2008

OF COUNSEL:

Timothy Sullivan
Stephen Jeffery
Thompson Coburn LLP
1909 K Street, NW, Suite 600
Washington, DC 20006

# Exhibits

# Exhibit 1

**From:** Hipp, Roger (CIV) <Roger.Hipp@usdoj.gov>
**To:** gilgins@aol.com
**Subject:** Levy, Fedl Cl. 07-829
**Date:** Tue, 29 Apr 2008 10:36 pm
**Attachments:** 14_order_on_motion_for_more_definite.pdf (18K)

Gil:

I wonder if perhaps you did not receive the attached order dated 4/14/08 (a few days before you filed your opposition brief), which granted the Government's motion for a more definite statement. Pursuant to the order, plaintiff's second amended complaint was due on 4/23. I just checked the electronic docket and did not see a new complaint. I will not object if you need to request additional time to get something on file.

Roger A. Hipp
Trial Attorney
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
(202) 305-3091
(202) 514-8640 fax

# In the United States Court of Federal Claims

| | |
|---|---|
| MATHEW LEVY, Plaintiff, v. UNITED STATES, Defendant. | No. 07-829C Filed: April 14, 2008 |

## ORDER

The court is in receipt of the defendant's April 4, 2008, RCFC 12(e) motion for a more definite statement, with respect to when plaintiff received the January 2, 1959 memorandum, which is shown at Exhibit 7 of the plaintiff's March 12, 2008, First Amended Complaint. Plaintiff's original complaint did not include Exhibit 17, but plaintiff's March 12, 2008 First Amended Complaint contained Exhibit 17, which indicates a possible way that Exhibit 7 came into the plaintiff's possession. The court, in the interest of efficiency, does not want the briefing on the defendant's motion to dismiss to be based on erroneous facts, rendering the effort wasted. Defendant's motion for a more definite statement, therefore, is **GRANTED**. In a Second Amended Complaint, plaintiff shall clarify when he received the memorandum in question, in light of Exhibit 17 to the First Amended Complaint.

Plaintiff also is afforded the opportunity to modify paragraph 3 of the First Amended Complaint, or to expressly retain paragraph 3 in its present form, if plaintiff deems it to be accurate, in light of note 1 on page 3 of the defendant's April 4, 2008 motion concerning whether the Military Pay Act, 37 U.S.C. § 204 (2000), is a money-mandating statute under the facts and circumstances of this case.

On or before **Wednesday, April 23, 2008**, plaintiff shall file a Second Amended Complaint, which shall be a complete, integrated, stand-alone document. Furthermore, the **SCHEDULE** in the court's order of February 4, 2008, is modified as follows: on or before **Friday, May 9, 2008**, defendant shall file a revised motion to dismiss and accompanying brief. On or before **Friday, May 30, 2008**, plaintiff shall file his response brief to the defendant's motion. On or before **Friday, June 6, 2008**, defendant shall file its reply brief. As agreed to by the court and the parties, defendant shall not file the administrative record in this case until the defendant's motion to dismiss is resolved.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**