# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * *

**MATHEW LEVY,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * *

**No. 07-829C**
**Filed: May 1, 2008**

## O R D E R

The court is in receipt of the plaintiff's May 1, 2008 motion for an enlargement of time, to and including May 8, 2008, within which to file its Second Amended Complaint, as prescribed in the court's order of April 14, 2008. Plaintiff states that it did not receive the court's April 14, 2008 order, which is reflected as document no. 14 on the case's electronic docket. The clerk's office advises that the CM/ECF system indicates that the order was, in fact, sent to plaintiff.

Plaintiff's motion for an enlargement of time is **GRANTED**. On or before **Thursday, May 8, 2008**, plaintiff shall file a Second Amended Complaint, which shall be a complete, integrated, stand-alone document. As a result of this enlargement, the **SCHEDULE** in the court's order of April 14, 2008, is modified as follows: on or before **Thursday, May 22, 2008**, defendant shall file a revised motion to dismiss and accompanying brief. On or before **Thursday, June 5, 2008**, plaintiff shall file his response brief to the defendant's motion. On or before **Thursday, June 12, 2008**, defendant shall file its reply brief. As agreed to by the court and the parties, defendant shall not file the administrative record in this case until the defendant's motion to dismiss is resolved. No further extensions to remedy further errors in the complaint will be given.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**