# In the United States Court of Federal Claims

| | | |
|---|---|---|
| **MATHEW LEVY,** Plaintiff, | | |
| v. | | **No. 07-829C** **Filed: May 9, 2008** |
| **UNITED STATES,** Defendant. | | |

## O R D E R

The court is in receipt of the plaintiff's document filed May 8, 2008, titled Second Amended Complaint (document no. 18), but which actually represents plaintiff's fourth try to file a proper complaint (see document nos. 1, 8, 12, 18). This latest document, once again, is not in conformance with the Rules of this court and is incomplete. Though paragraph 43 of the plaintiff's First Amended Complaint (document no. 12), may be what plaintiff intended to say in paragraph 44 of the Second Amended Complaint, the court, and the government, should not have to speculate. A Third Amended Complaint shall be filed on or before **Tuesday, May 13, 2008, 12:00 p.m.**, in order to preserve the current briefing schedule on the defendant's motion to dismiss. The corrected complaint shall be a complete, integrated, stand-alone document. Before filing the corrected complaint, plaintiff should examine the document to determine if there are any other errors or omissions requiring correction, in order to not further waste the time of the court and the defendant.

The parties shall adhere to the earlier established briefing schedule. If appropriate, on or before **Thursday, May 22, 2008**, defendant shall file a revised motion to dismiss and accompanying brief. If a motion to dismiss no longer is the correct response, defendant shall file an answer on that date and a status report as to how defendant believes the case should proceed. On or before **Thursday, June 5, 2008**, plaintiff shall file his response brief to the defendant's motion to dismiss. On or before **Thursday, June 12, 2008**, defendant shall file its reply brief. As agreed to by the court and the parties, defendant need not file the administrative record in this case until the defendant's motion to dismiss is resolved.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**