# Exhibits

Exhibit 1

1955



ARMY REGULATIONS
No. 640-98

DEPARTMENT OF THE ARMY
WASHINGTON 25, D. C., *14 November 1955*

# PERSONNEL RECORDS

## FILING OF ADVERSE MATTER IN INDIVIDUAL RECORDS AND REVIEW OF INTELLIGENCE FILES CONSULTED PRIOR TO TAKING PERSONNEL ACTION

| | | Paragraph |
|---|---|---|
| SECTION I. GENERAL | | |
| | Purpose | 1 |
| | Definitions | 2 |
| | Applicability | 3 |
| II. FILING OF ADVERSE MATTER IN INDIVIDUAL RECORDS | | |
| | Adverse matter | 4 |
| | Exceptions | 5 |
| | Anonymous communications | 6 |
| | Administration | 7 |
| III. REVIEW OF INTELLIGENCE FILES | | |
| | Filing in intelligence files | 8 |
| | Security information | 9 |
| | Suitability information | 10 |

## SECTION I

## GENERAL

**1. Purpose.** These regulations are designed to—

*a.* Preclude the following from being filed in an individual's record maintained in the field or by The Adjutant General:

(1) Unsupported or unacted upon adverse matter, other than counterintelligence information, which will prejudice the individual's reputation or future in the military service.

(2) Allegations which have been satisfactorily rebutted and/or have not resulted in elimination or disciplinary action.

*b.* Provide a system for resolving adverse matter contained in intelligence files.

**2. Definitions.** For the purpose of these regulations, the following definitions apply:

*a. Individual's record.* The field or TAGO 201 file, or any other, except intelligence, files which may be referred to prior to taking any personnel actions on the individual concerned.

*b. Intelligence files.* Those files which are the property of an intelligence agency of the Army and which are referred to prior to taking any personnel actions on the individual concerned.

**3. Applicability.** These regulations are applicable to all military members of the Army Establishment, including members of the National Guard of the United States.

*These regulations supersede AR 600-186, 10 November 1950.

SECTION II

## FILING OF ADVERSE MATTER IN INDIVIDUAL RECORDS

**4. Adverse matter.** No adverse matter (except that cited in par. 5) will be made a part of an individual's record without his knowledge and an opportunity being afforded him either to make a written statement in reply to the adverse information, communication, or report, or to decline, in writing, to make such a statement. Where it is determined that the individual has satisfactorily rebutted the adverse allegation, and provided the Department of the Army or responsible commander does not consider the charges as sufficiently serious to warrant initiation of elimination or disciplinary action, all correspondence and references relative thereto will be excluded from the individual's record. The interpretation as to what constitutes adverse matter will be liberally interpreted in favor of the individual. In doubtful cases the procedure prescribed in paragraph 7 will be followed.

**5. Exceptions.** The following and references thereto normally will not be referred to the individual concerned for comment prior to filing, and are therefore excluded from consideration under these regulations:

*a.* Medical information which would prove injurious to the individual's physical or mental health.

*b.* Counterintelligence information (sec. III).

*c.* Records of courts-martial and courts-martial orders and records of nonjudicial punishments under Uniform Code of Military Justice, Article 15.

*d.* Administrative reprimands and admonishments of a nonpunitive nature (will not be forwarded for inclusion in TAGO 201 file. See DA Form 201a Field 201 file divider).

*e.* Actions of boards of officers, provided that it is clearly indicated in such board proceedings that the individual concerned has been given opportunity to testify in his own behalf.

*f.* Completed investigative reports, including criminal investigation and IG reports, which have resulted in elimination or disciplinary action against the individual concerned.

*g.* Reports submitted under AR 600-31.

*h.* Adverse matter concerning general prisoners.

*i.* FBI Report (Form 1-4).

*j.* Efficiency reports.

*k.* Other adverse matter of which the individual concerned had prior official knowledge and an adequate opportunity to refute. A notation "AR 640-98 complied with" will be entered below filing authority on such matter.

**6. Anonymous communications.** No anonymous communication will be made a part of an individual's record.

**7. Administration.** *a.* In all cases, except as specifically excluded by paragraph 5, all adverse matter will be referred to the individual concerned for one of the following statements, as appropriate:

(1) "I have read and understand the allegations made and submit the following statement in my behalf ___________."

(2) "I have read and understand the allegations and elect not to make a statement."

*b.* Material which is excluded from an individual's record under paragraph 4 will be retained in a transitory file for 1 year, separate from the individual's record, and will thereafter be destroyed. Copies of such material will not be forwarded to The Adjutant General for inclusion in the individual's TAGO 201 file. Material belonging to Army investigative agencies will be returned to the agency concerned.

SECTION III

REVIEW OF INTELLIGENCE FILES

**8. Filing in intelligence files.** There has never been any restriction on the filing of adverse matter in intelligence files. However, the indiscriminate inclusion of all adverse matter in intelligence files tends to create situations whereby an individual's military career could be subjected to unwarranted unfavorable personnel actions. Therefore, care should be exercised that only information which has a direct bearing on loyalty or the interests of national security is filed in intelligence files consulted prior to taking personnel actions.

**9. Security information.** Information of a derogatory nature coming within the purview of paragraph 13*b*, AR 604-10 will be processed in accordance with AR 604-10.

**10. Suitability information.** It is recognized that current intelligence files may contain unevaluated, unconfirmed, and dormant information of a suitability nature (not pertaining to loyalty, subversive, or security matters) and that for the most part the individual concerned has had no opportunity to comment thereon. Commanders, staff agencies, and boards of officers referring to intelligence files prior to taking personnel action will consider the fact that the individual concerned has been given no opportunity to comment on the adverse information and normally will resolve any doubt in favor of the individual. Commanders, staff agencies, and boards of officers, after a review of the suitability information in the intelligence file, will take one of the following actions:

*a.* Include as a permanent part of the intelligence file, a written statement to the effect that the commander, staff agency, or board of

officers has decided that the suitability information developed to date *does not* constitute a bar to the personnel action under consideration. The statement will contain the reasons for the decision and since it is based solely on the files reviewed at that particular time, care will be exercised to insure that no subsequent additions thereto are filed under the statement sheet.

*b.* Take necessary steps to bar the personnel action and initiate (staff agencies and board of officers will request convening authority to initiate) elimination action, disciplinary action, interview under oath, or if necessary, additional investigation, if the commander, staff agency, or board of officers decides that the suitability information *does* constitute a bar to the personnel action under consideration. Flagging action will be taken only if the provisions of paragraph 3, AR 600-31 apply. Interviews will be conducted under the provisions of paragraph 33, SR 380-320-10. Prior approval will be obtained from the Assistant Chief of Staff, G-2, Department of the Army, unless the provisions of paragraph 43*b*, SR 380-320-10 apply. During the course of the interview, the line of questioning will be evolved in order to give the individual a full opportunity to rebut the adverse information which can be made available to him under current official disclosure criteria. Care must be exercised to insure that classified information is safeguarded and that confidential sources are protected. The results of the elimination action, disciplinary action, interview under oath, or additional investigation will be reviewed by the commander, staff agency, or board of officers which reconsider the personnel action originally under consideration. Should this review lead to the decision that the suitability information now does not constitute a bar to the personnel action under consideration, a statement similar to that required under *a* above will be attached to the file considered.

[AG 201.3 (28 Sep 55) G1]

BY ORDER OF THE SECRETARY OF THE ARMY:

MAXWELL D. TAYLOR,
*General, United States Army,*
*Chief of Staff.*

OFFICIAL:
JOHN A. KLEIN,
*Major General, United States Army,*
*The Adjutant General.*

DISTRIBUTION:
*Active Army, NG:* A.
To be distributed on a need-to-know basis to all units and headquarters down to and including companies and batteries and to units and headquarters of comparable size.
*USAR:* None.

TAGO 2749B

U. S. GOVERNMENT PRINTING OFFICE: 1955

# PERSONNEL RECORDS

## FILING OF ADVERSE MATTER IN INDIVIDUAL RECORDS AND REVIEW OF INTELLIGENCE FILES CONSULTED PRIOR TO TAKING PERSONNEL ACTION

CHANGES No. 1

DEPARTMENT OF THE ARMY
WASHINGTON 25, D. C., *23 February 1956*

AR 640-98, 14 November 1955, is changed as follows:

**10. Suitability information.** It is recognized * * * the following actions: *a.* (Superseded). Include as a permanent part of the intelligence file, a written statement to the effect that the commander, staff agency, or board of officers has decided that the suitability information developed to date *does not* constitute a bar to the personnel action under consideration. Since the statement is based solely on the files reviewed at that particular time, care will be exercised to insure that no subsequent additions thereto are filed under the statement sheet.

* * * * * * *

[AG 201.3 (30 Jan 56) DCSPER]

By Order of *Wilber M. Brucker*, Secretary of the Army:

MAXWELL D. TAYLOR,
*General, United States Army.*
*Chief of Staff.*

Official:
JOHN A. KLEIN,
*Major General, United States Army,*
*The Adjutant General.*

DISTRIBUTION:
*Active Army, NG, and USAR*, A.
To be distributed on a need-to-know basis to all units and headquarters down to and including companies and batteries and to units and headquarters of comparable size.



U. S. GOVERNMENT PRINTING OFFICE: 1956

MC JUL 1956 9797



# PERSONNEL RECORDS

## FILING OF ADVERSE MATTER IN INDIVIDUAL RECORDS AND REVIEW OF INTELLIGENCE FILES CONSULTED PRIOR TO TAKING PERSONNEL ACTION

CHANGES No. 2

DEPARTMENT OF THE ARMY
WASHINGTON 25, D. C., *11 May 1956*

AR 640-98, 14 November 1955, is changed as follows:

8. (Superseded) **Filing in intelligence files.** There are no restrictions on the filing of adverse matter in intelligence files. This tends to create situations whereby an individual's military career could be subjected to unwarranted unfavorable personnel actions by undue credence being given to unconfirmed adverse information in these files. The provisions of this section are designed to obviate this tendency by providing for the resolution of these matters as indicated below.

9.1 (Added) **Security clearance.** The provisions of paragraph 10 do not apply in connection with the issuance of a security clearance.

10. **Suitability information.** It is recognized that current intelligence files may contain unevaluated, unconfirmed, and dormant information of a suitability nature (not pertaining to loyalty or subversion) and that for the most part the individual concerned has had no opportunity to comment thereon. Commanders, staff agencies, * * * the following actions.

*a.* (As superseded by C 1, 23 Feb 56) Include as a permanent part of the intelligence file, a written statement to the effect that the commander, staff agency, or board of officers has decided that the suitability information developed to date *does not* constitute a bar to the personnel action under consideration. Since the statement is based solely on the files reviewed at that particular time, care will be exercised to insure that no subsequent additions thereto are filed under the statement sheet.

* * * * * * *

[AG 201.3 (30 Jan 56) (4 May 56) DCSPER]

*These changes supersede C 1, 23 February 1956.

By Order of *Wilber M. Brucker*, Secretary of the Army:

MAXWELL D. TAYLOR,
*General, United States Army,*
*Chief of Staff.*

cial:
JOHN A. KLEIN,
*Major General, United States Army,*
*The Adjutant General.*

DISTRIBUTION:
*Active Army, NG, and USAR:* A.
To be distributed on a need-to-know basis to all units and headquarters down to and including companies and batteries and to units and headquarters of comparable size.



U. S. GOVERNMENT PRINTING OFFICE: 1956

Exhibit 2

HEADQUARTERS
NEW YORK MILITARY DISTRICT
90 Church Street
New York 7, N.Y.

SPECIAL ORDERS)
NUMBER 46) 4 March 1952

######## E X T R A C T ########

40. Fol Examining Board for direct appointment in the ORC superseding Board apt by par 67 SO 233 as amended, this Hqs, 1951, is apt to meet at the call of the President at 30 W 44th St, Room 1102D, New York 36 NY, for the purpose of processing such applicants for appointment as may be authorized to appear for examination. AUTH: AR 140-15-1, 1950, and WDL 24959, TAG, AGPRA-A dated 8 Nov 1950, and Ltr, AHFAG-CC (PR)334, Hq 1st Army, 3 Feb 51, subj: "Boards of Officers for ORC Appointments".

PERMANENT MEMBER

CAPT JOSEPH E PLOCIOA 01796323 MPC

TEMPORARY - ALTERNATE MEMBERS

COL JOHN H ALLEN 0103883 ARTY
LT COL JAMES F CUTTER 0352842 ARMOR
LT COL JOHN B HOAK JR 0276599 MPC
LT COL HOLMES A JONES 0249794 TC
LT COL BENJAMIN LUBOVSKY 0443671 AGC
LT COL EDWARD O'DONOHUE 0498564 MPC
LT COL PERRY L PARR 0175561 ARTY
LT COL ROBERT E TERWILLEGAR 0273626 INF
LT COL ARTHUR V WILLIAMS 0250035 INF
MAJ RICHARD J BEST 01102153 CE
MAJ ARCHIE BURKE 0486001 QMC
MAJ THOMAS F DARNELL 01639790 SIGC
MAJ JOHN J DEVLIN 0460416 ARTY
MAJ GEORGE FLINT 044970 SIGC
MAJ WILLIAM J HERMAN 01283427 INF
MAJ ROY A LEDIG 0409322 ARTY
MAJ WILLIAM F MURPHY 01295067 TC
MAJ SAMUEL PHILLIPS 01283501 INF
MAJ ALFRED W POUSARD 0419373 ARTY
MAJ LLOYD E SHLFLER 037445 MSC
MAJ EDGAR J TINGLE 0368374 FC
MAJ RUDOLPH URBACH 0184552 AGC
CAPT WILLIAM H ACKERMAN 0705587 ARTY
CAPT THOMAS P AMSBURY 01946426 TC
CAPT HOWARD C BLISS 0334180 TC
CAPT EDWARD A BROWN 01949154 TC
CAPT YVONNE S CUMMING L1010144 WAC
CAPT IRWIN H EISEN 01545841 INF

LT COL LEONARD D CUMMINGS 0276867 AGC
LT COL PAUL M FELLENGER 0288439 TC
LT COL FREDERIC W HODGE 0241338 ARTY
LT COL JULIO R LACEDONIA 0300495 INF
LT COL CHARLES E MILLS JR 0509714 TC
LT COL CHARLES A O'REILLY JR 031881 ARTY
LT COL ERNEST W PHILPOT 030627 TC
LT COL ROBERT W WARD 0301051 ARTY
MAJ ROBERT E BENEDICT 0379808 INF
MAJ GAYLORD L BEIR 01286061 INF
MAJ WILLIAM H CARRIER 0183039 MPC
MAJ GORDON W DAVIS 0314680 CHLC
MAJ WILLARD EDGERTON 0502641 WAC
MAJ KENNETH G FLOOK 0450862 SIGC
MAJ STANLEY A KARAS 0885732 INF
MAJ RICHARD G LYONS 01893232 INF
MAJ EDGAR G OLSEN 0510353 AGC
MAJ ANTHONY M PICO 0346048 INF
MAJ CECIL M SCOTT 01030725 TC
MAJ EDWARD J STEWART 0422212 INF
MAJ WILLIAM D TAFS 01543384 MSC
MAJ CLYDE J VILLAMEZ 01101255 CE
CAPT JAMES S ADAMS 01030205 TC
CAPT WALTER F EMERY 01117800 CE
CAPT JOHN A BOUNDS 01529715 AGC
CAPT WALTER A BROWN 01543277 AGC
CAPT WILLIAM E DOOLEY 01010284 ARMOR
CAPT JOHN F FISK IV 01043539 ARTY

par 40 SO 46 dtd 4 Mar 52 (contd) Hq NY Mil Dist 1242d ASU

CAPT TED E GORDINIER 01323921 INF
CAPT LEONARD D HANNEY 01316190 INF
CAPT MELVIN N HULSE 0885776 INF
CAPT WILLIAM J LETTIRE 01637925 SIGC
CAPT EDWARD H LONG 0450384 INF
CAPT ALLEN J MacGILL 0371979 AGC
CAPT JAMES C PEARSON 01548122 ORDC
CAPT CURTIS T SPENCE 0407824 ORDC
CAPT DONALD R STANTON 01636697 SIGC
CAPT ROBERT D THAYER 01894430 AGC
1ST LT ALTER G COLEMAN 0372191 INF
2D LT ERNEST R WRIGHTMAN 02041220 AGC
CAPT DOMINICK J GRANDINETTI 01301475 INF
CAPT RAYMOND J HAYES 01550616 ORDC
CAPT DONALD R LEE 0922411 ORDC
CAPT EDWARD D LIVERNOIS 01014788 ARMOR
CAPT CHARLES A LYON 0479473 AGC
CAPT JOHN MUSACCHIO 01052898 ARTY
CAPT SIGMUND J SONNENFIELD 01169747 ARTY
CAPT HENRY D STACY 02055952 MSC
CAPT SUSAN B THISLER L151 WAC
CAPT ALLAN C WILSON 01050995 ARTY
1ST LT ALEXANDER M ROSIE 02039153 QMC

RESERVE OFFICERS

| | |
|---|---|
| COL LOWELL D BEATTY 0908578 CE-USAR | 32 Ave of Americas, Rm. 2544 New York NY |
| COL FELIX F BURLAP 0274920 CHLO-USAR | 101 E 7th St, New York NY |
| COL DAVID T CLEMENTS 0312879 JMC-USAR | 10 Crescent Rd, Great Neck NY |
| COL FRANCIS B ELDER 0353742 MSC-USAR | 1790 Bway, % Apha, New York NY |
| COL PATRICK B FAY 0393123 CMLC-USAR | 408 Park Pl, Brooklyn NY |
| COL FREDERICK F GREENMAN 0140577 JAGC-USAR | 46 Cedar St, New York NY |
| COL PERCY C HALL 0246273 CMLC-USAR | 281 4th Ave, New York NY |
| COL HAROLD E HUTCHINGS 0259395 MI-USAR | %Chicago Tribune, Times Bldg<br>229 W 42d St, New York NY |
| COL ROBERT H KILROE 0193603 JAGC-USAR | 29 Claremont Ave, New York 27 NY |
| COL GEORGE S KOVACH 0901631 MI-USAR | 118 W 57th St, New York 19 NY |
| COL ARTHUR LEVITT 0373480 JAGC-USAR | 369 Lexington Ave, New York NY |
| COL THOMAS J RIGGS 0402873 MI-USAR | Suite 350, 420 Lexington Ave<br>New York NY |
| COL HENRY M SACHS 0223120 ORDC-USAR | 875 Park Ave, New York 21 NY |
| COL JOHN W SCHERMERHORN 0192213 MI-USAR | 54 Park Ave, Manhasset NY |
| COL MORTON A SEIDENFELD 0246631 MSC-USAR | 40 Madison, Oceanside LI NY |
| COL CHARLES A SELBY 0332694 MI-USAR | 200 E 66th St, New York NY |
| COL AUSTIN L SHEPPARD 0267602 ARMOR-USAR | 34 St Austin's Pl, Staten Island 10 NY |
| COL ARTHUR J SPRING 0322302 SMC-USAR | US Maritime Svc, Sheepshead Bay<br>Brooklyn NY |
| COL RALPH C SWEENEY 0108393 MSC-USAR | 24 No Bway, White Plains NY |
| LT COL HAROLD P ALLLEY 0285062 CE-USAR | 450 E 63d St, New York NY |
| LT COL KENNETH S ALLEN 0170099 MI-USAR | 26 Halstead Pl, Rye NY |
| LT COL FRANCIS M ADAMS 0910270 TC-USAR | 234-20 Union Turnpike, Bellerose LI NY |
| LT COL JACK E BUCKLEY 01703302 CMLC-USAR | 90 Church St, Rm 604, New York 7 NY |
| LT COL ROBERT E BUTTON 0454297 MI-USAR | %NBC, 30 Rockefeller Plaza, New York NY |
| LT COL LESLIE B CARPENTER 0218170 QMC-USAR | 9332 91st Ave, Woodhaven 21 NY |
| LT COL BART L CIFORELLI 01313443 MI-USAR | 40 Colston Ave, Brooklyn NY |
| LT COL ARTHUR M CLARK 0374405 CE-USAR | 85 Sprague Rd, Scarsdale NY |
| LT COL WARNER G COSGROVE JR 01010302<br>ARMOR-USAR | 72 Gracie Sq, New York 2 NY |
| LT COL SHELDON M COVELL 0273524 MI-USAR | 111 Vernon Ave, Yonkers NY |
| LT COL LLOYD E DEWEY 0319968 CE-USAR | %New York University, 100 Washington<br>Sq, New York NY |
| LT COL LUDWIG R ENGLER 0901767 SIGC-USAR | 523 E 14th St, New York NY |

par 40 SO 46 dtd 4 Mar 52 (contd) Hq NY Mil Dist 1242d ASU

| | |
|---|---|
| LT COL HAROLD J DUNLAP 0281572 MC-USAR | 165 Meadow Lane, New Rochelle NY |
| LT COL GEORGE C GREEN 0218076 QMC-USAR | Chatham Rd, Chappaqua NY |
| LT COL FRANK R JOHNSON 0221977 CMLC-USAR | 254 W 31st St, New York NY |
| LT COL ROBERT J KOLB 0456433 CE-USAR | 511 Fifth Ave, New York NY |
| LT COL EDWARD J LEONARD 0287642 MI-USAR | 3405 44th St, Long Island City NY |
| LT COL SELIG J LEVITAN 0276524 CMLC-USAR | 18 Wyndham Rd, Scarsdale NY |
| LT COL HENRY LIEBMAN 0195933 MSC-USAR | 440 E 23d St, New York NY |
| LT COL WILLIAM C MULLIGAN 0355518 CE-USAR | 35L 4th Ave, New York NY |
| LT COL BENJAMIN D PILE 0465586 MSC-USAR | 50-20 213th St, Bayside LI NY |
| LT COL WM REINER-DEUTSCH 0483810 MSC-USAR | 36-20 211th St, Bayside LI NY |
| LT COL MURRAY H RESNI-COFF 0172906 ORDC-USAR | 390 1st Ave, New York 10 NY |
| LT COL WILLIAM E ROBINS 0471314 ORDC-USAR | 89-07 Springfield Blvd, Queens Village LI NY |
| LT COL FRANK ROHR 0145925 DC-USAR | 617 Lafayette Blvd, Long Beach LI NY |
| LT COL JAMES A ROONEY 0423036 MSC-USAR | 11 Court St, White Plains NY |
| LT COL NATHAN RUDITSKY 0133782 MI-USAR | 3341 Reservoir Oval, Bronx NY |
| LT COL LLOYD B SANDERSON 0143030 TC-USAR | 424 E 52d St, New York 22 NY |
| LT COL MAURICE SHERMAN 0266870 CE-USAR | 114-03 127th St, S Ozone Park LI NY |
| LT COL EMANUEL SINGER 0476685 SIGC-USAR | 300 W 108th St, New York NY |
| LT COL HARRY M SMITH 0504098 JAGC-USAR | 21 Sunset Drive, Ossining NY |
| LT COL HAROLD L STIEBEL 0398241 AGC-USAR | 100 W 58th St, New York NY |
| LT COL PAUL F VALENTINE 0917238 FC-USAR | 7 White Plains Ave, White Plains NY |
| LT COL JOHN E VANCE 0229832 CE-USAR | 390 West End Ave, New York NY |
| LT COL CARLTON B WICART 0914312 AGC-USAR | 156 Brompton Rd, Garden City LI NY |
| LT COL KARL G WINKELHORN 0921999 MI-USAR | 12 E 97th St, New York NY |
| LT COL MARK WOLLFELD 0314054 ARMOR-USAR | 142-34 59th Ave, Flushing LI NY |
| MAJ CHARLES ALLOC 01321276 MI-USAR | 115 Stuyvesant Pk, St George SI NY |
| MAJ WILLIAM F BARNS 0154832 ORDC-USAR | 14-34 141st St, Whitestone NY |
| MAJ GEORGE BERKOWITZ 0486199 DC-USAR | 726 N Bway, Yonkers NY |
| MAJ FRANCIS M BISHOP 0506694 AGC-USAR | 51 Madison Ave, Rm 1110, New York NY |
| MAJ JOHN D BLAUVELT 0264354 FC-USAR | 2120 Clove Rd, Grasmere SI NY |
| MAJ ROY E CAUBLE 0320821 TC-USAR | 114-44 226th St, St Albans NY |
| MAJ FRANK J CHELLKONAS 0395942 MI-USAR | 919B Morrison Ave, New York NY |
| MAJ ALONZO W CLARK 0519039 MSC-USAR | Old Roaring Brook Rd, Mt Kisco NY |
| MAJ VICTOR S DE GUINZBOURG 01692515 MI-USAR | 52 Garden Pl, Brooklyn NY |
| MAJ DAVID M EICHORN 0482124 CHLC-USAR | 85-14 66th Ave, Forest Hills LI NY |
| MAJ LEE FELDER 01283930 MI-USAR | 150 Burns St, Forest Hills LI NY |
| MAJ JAMES P GALLATIN 0408964 MI-USAR | 1109 Madison Ave, New York NY |
| MAJ FERDINAND GLADZIK JR 0224213 MI-USAR | 1856 51st St, Brooklyn NY |
| MAJ CLIFFORD O HARRIS 01112752 CE-USAR | 69-20D 186th Lane, Flushing LI NY |
| MAJ ALBERT M HARTIG 01591178 MI-USAR | 34-50 59th St, Woodside LI NY |
| MAJ ROBERT H HARTMAN 0294219 MI-USAR | 530 E 88th St, New York NY |
| MAJ CLYDE JENNINGS JR 01037071 CMLC-USAR | 524 E 20th St, New York NY |
| MAJ JACOB J KASNITZ 0522100 TC-USAR | 158 Hillcrest Ave, Manhasset LI NY |
| MAJ ROCCO N LA FEMINA 01041380 ARTY-USAR | 1167 E 87th St, Brooklyn NY |
| MAJ ARTHUR S LAUNDON 0454369 ARMOR-USAR | 70 Pine St, New York 4 NY |
| MAJ PETER R LAVEZOLI 0320010 MI-USAR | 92 Seventh Ave, Brooklyn NY |
| MAJ PAUL M LEAKE 01644533 MI-USAR | 310 E 63d St, New York NY |
| MAJ VICTOR LEIBMANN 01554031 MI-USAR | 360 Cabrini Blvd, New York NY |
| MAJ JAMES J LOEB 0495558 MI-USAR | 242 E 19th St, New York NY |
| MAJ FRANK A MANUS 01573392 ORDC-USAR | 14 Peachtree Lane, Carle Place NY |
| MAJ ARMOUR E MARTIN 0569310 MI-USAR | 1 Wall St, New York NY |
| MAJ EVA MAZUR N725452 ANC-USAR | 31-44 85th St, Jackson Heights NY |
| MAJ JAMES E McINTYRE 01041162 QMC-USAR | 136 Homewood Ave, Yonkers NY |

par 40 SO46 dtd 4 Mar 52 (contd) Hq NY Mil Dist 1242d ASU

| | |
|---|---|
| MAJ IRVING W MENDELSON 0443940 AGC-USAR | 242 E 62d St, New York NY |
| MAJ GEORGE H MILLER 0527353 DC-USAR | 655 E 14th St, New York NY |
| MAJ GEORGE S MILLER 0519436 DC-USAR | 32-02 32d St, Astoria NY |
| MAJ HENRY Q MIDDENDORF 0959018 AS_USAR | 24 Monroe Pl, Brooklyn NY |
| MAJ HARRY B MONTUREAN 0224182 DC-USAR | 551 W 86th St, New York NY |
| MAJ CHARLES W MYRON 0173157 CMLC-USAR | 333 E 43d St, New York NY |
| MAJ WALTER L NEVILLE 0289686 ARTY-USAR | 2170 Madison Ave, New York 35 NY |
| MAJ NORMAN B NUSSBAUM 01001205 AGC-USAR | 158-18 Riverside Dr, New York NY |
| MAJ JOSEPH N OLMSTEAD 01030699 ARMOR_USAR | 1 William St, New York NY |
| MAJ FRED S PERRIN 01002710 JAGC-USAR | 515 Madison Ave, % Coca Cola Co, New York NY |
| MAJ BASIL PETROV 0920929 MI-USAR | 440 E 23d St, New York NY |
| MAJ EDWARD O B REID 01000457 AGC-USAR | 108 E 66th St, New York NY |
| MAJ ARTHUR SCHEER 0234528 MC-USAR | 435 W 44th St, New York 36 NY |
| MAJ AARON SCHWARTZ 01542938 MSC-USAR | 1135 White Plains Rd, Bronx NY |
| MAJ GEORGE SCHWARTZ 0264177 MC-USAR | 30 E 40th St, New York NY |
| MAJ MARVIN J SILVERMAN 0317389 CMLC-USAR | 2 Chedworth Rd, Scarsdale NY |
| MAJ TOBIAS STEGMAN 01944737 TC-USAR | 1491 Macombs Rd, Bronx NY |
| MAJ RICHARD W TUCKER 0414595 FC-USAR | 8 Peter Cooper Rd, New York NY |
| MAJ GEORGE F J VAN DER BOON 0902409 MI-USAR | 247 E 52d St, New York NY |
| MAJ GEORGE R VINCENT 0486655 SS-USAR | 401 Carroll Ave, Mamaroneck NY |
| MAJ SOLOMON WIENER 0361292 CMLC-USAR | 453 E 14th St, New York NY |
| MAJ HERMAN ZUCKERMAN 0242704 ARMOR-USAR | 111-45 76th Ave, Forest Hills NY |
| CAPT WILLIAM H BABCOCK 01641050 SIGC-USAR | 44 E 20th St, Apt 14, New York NY |
| CAPT CLARENCE S BARASCH 01642516 AS-USAR | 551 Fifth Ave, New York NY |
| CAPT FELIX BILGREY 0588261 MI-USAR | 33 Riverside Dr, New York NY |
| CAPT CARMINE L CALARCO 0960910 JAGC-USAR | 74 Grove St, New York NY |
| CAPT PARNELL J T CALLAHAN 01059395 JAGC-USAR | 37 Wall St, New York NY |
| CAPT JOSEPH A COHN 0544945 DC-USAR | 2083 E 16th St, Brooklyn NY |
| CAPT ANNA E COLGAN L202406 WAC-USAR | 2658 30th St, Long Island City NY |
| CAPT PETER J COUGHTER 01589138 TC-USAR | 1083 E 37th St, Brooklyn 10 NY |
| CAPT EDMOND B CUCE 01110437 MSC-USAR | 2723 Wallace Ave, Bronx NY |
| CAPT HAROLD J ENGEL 01645482 SIGC-USAR | 544 Beach 68th St, Arverne NY |
| CAPT EDWIN N FOSTER 0324927 VC-USAR | 1833 Carnaga Ave, Far Rockaway NY |
| CAPT ROBERT T FROSCH 01315575 TC-USAR | 51-39 Ireland St, Elmhurst LI NY |
| CAPT ALFRED E GALL 01536046 CMLC-USAR | 21-21 Cedar Ave, New York 53 NY |
| CAPT JAMES G HERGEN 01822142 ARMOR_USAR | 231 127th St, Bell Harbor LI NY |
| CAPT THOMAS G KEENAN 01554918 ORDO-USAR | 114 E 11th St, New York 3 NY |
| CAPT ARTHUR W KELSON 02048363 MSC-USAR | 7 Peter Cooper Rd, New York NY |
| CAPT SAM KIRSCHENBAUM 01344600 MSC-USAR | 2457 E 26th St, Brooklyn NY |
| CAPT GEORGE W LANDAU 01949580 MI-USAR | 11 Bway, Rm 460, New York NY |
| CAPT JOSEPHINE M LANDES N722189 ANC-USAR | 30 Myrtle Ave, Staten Island NY |
| CAPT SOLOMON MEYER 0530426 DC-USAR | 3591 Bainbridge Ave, Bronx NY |
| CAPT JOSEPH N MONTEVERDE 01585917 QMC-USAR | 180 Hall St, Brooklyn NY |
| CAPT JAMES P MURRAY 02042786 FC-USAR | 211 Bedford Blvd, Bronx NY |
| CAPT HYMAN NIZEWITZ 01945440 TC-USAR | 43-06 45th St, Sunnyside LI NY |
| CAPT HAROLD NORDLIGHT 096 017 JAGC-USAR | 51 Chambers St, New York 7 NY |

par 40 SO 46 dtd 4 Mar 52 (contd) Hq NY Mil Dist 1242d ASU

| | |
|---|---|
| CAPT MEYER ROSAS 01948932 JAGC-USAR | 441 E 20th St, New York 10 NY |
| CAPT CHARLES T QUINN 01036345 CMLC-USAR | 80 Burr Ave, Hempstead NY |
| CAPT IRVING J SCHWARTZ 01579084 MSC-USAR | 4611 12th Ave, Brooklyn NY |
| CAPT SEYMOUR E SIMS 01055134 ARTY-USAR | 449 W 14th St, New York NY |
| CAPT HERMAN B STEIN 01716607 VC-USAR | 137 Powerhouse Rd, Roslyn Heights NY |
| CAPT DAVID WILNER 01646709 SIGC-USAR | 1041 Findley Ave, Bronx NY |
| CAPT LEO H WURDKIE 0513059 VC-USAR | 85 S Highland, Ossining NY |
| 1ST LT LOUIS ASTEROFF 0981057 TC-USAR | 3425 Gates Place, Bronx NY |
| 1ST LT MILTON DICK 01546138 MSC-USAR | 538 E 21st St, Brooklyn NY |
| 1ST LT BEN J FROMKIN 01004117 SS-USAR | 147A S Ulmer Dr, Brooklyn NY |
| 1ST LT SIDNEY KATZ 02000899 MSC-USAR | 73-05 180th St, Flushing NY |
| 1ST LT ALLEN I MILLER 01535801 SS-USAR | 225 E 47th St, New York NY |
| 1ST LT PETER RUMORE 0971530 MSC-USAR | 648 E 51st St, Brooklyn NY |
| 1ST LT ROBERT J SOUTHER 01062705 TC-USAR | 100 Ketchum Ave, Amytiville LI NY |
| 2D LT MILTON GUDESBLATT 0980066 MSC-USAR | 37-12 99th St, Corona LI NY |
| 2D LT MATTHEW LEVY 0981133 CMLC-USAR | 2757 Claflin Ave, Bronx NY |
| 2D LT JAMES T WARD 0987793 AGC-USAR | 321 E 55th St, New York NY |

Reserve Officers serving as members of this Board, not on Extended Active Duty, will be credited in accordance w/par 4b (2) (j), DA SR 140-180-5, for the work performed as a member of this Board.

Junior Member of the Board will render certificates of individual performance of Reserve Duty, in accordance w/prov of Sec III, DA SR 140-180-25, on each member serving on the Board.

###### ######

BY ORDER OF THE CHIEF, NEW YORK MILITARY DISTRICT:

OFFICIAL:

Lester A. Meyers
LESTER A MEYERS
Capt, AGC
Asst AG

LESTER A MEYERS
Capt, AGC
Asst AG

DISTRIBUTION: U
ORC Integration Bd 300
Off Sec 2

Exhibit 3

HEADQUARTERS US ARMY MILITARY DISTRICT NEW YORK
90 Church Street, New York 7, N. Y.

SPECIAL ORDERS
NUMBER 108

6 June 1957

EXTRACT

1. Fol Examining Board for direct apt in the USAR, for New York City Area superseding Board apt by par 1 SO 150, this Hq, 1956, as amended, is apt to meet at the call of the Senior Member thereof for the purpose of processing such applicants for apt as may be authorized to appear for examination. AUTH: SR 140-16-1 and Cir 79 Hq First Army 1955.

PERMANENT MEMBERS

| GRADE, NAME, SN, BR | GRADE, NAME, SN, BR |
|---|---|
| COL THOMAS R LELAND 061004 AGC | LT COL ARTHUR H HILLERY JR 0410116 INF |
| COL CHARLES H JONES JR 0216782 INF | LT COL JOHN T BROWNE 010092 ARTY |
| COL HARRY C BRINDLE 061880 TC | LT COL JOE H STARNS 01888643 INF |
| COL EARL M COOPER 034191 INF | LT COL ELLIS F RUSH 0398348 INF |
| LT COL PAUL W DILLINGHAM 0200928 CE | LT COL FRANCIS R McDNARY 0400133 ARTY |
| LT COL JAY W DOVERSPIKE 042829 CE | LT COL MILTON A EDDY 01172442 ARTY |
| LT COL DONALD K HUGHES 038708 MPC | LT COL HARRY F LOFTON 0265684 INF |
| LT COL JOSEPH W KAHN 0337216 AGC | LT COL GEORGE F HAWKINS 0233005 ARTY |
| MAJ FRANK S ARCHBOLD 01947184 TC | MAJ RALPH W ALDRICH 01036890 CMLC |
| MAJ RONALD I O'BRYAN 01304836 INF | MAJ TERRENCE A DE BEAL 01183499 ARTY |
| MAJ ROBERT H PEOPLES 0618706 INF | MAJ PATRICK E CALLAGHAN 01566561 MPC |
| MAJ CHARLES J DENCE 01284088 INF | MAJ PAUL RIFFY 01673541 ORDC |
| MAJ STANLEY ZABLOCKI 01592741 QMC | MAJ ARTHUR F FORAN JR 0402828 QMC |
| MAJ JOSEPH R KINZIE 0456334 ARTY | MAJ GERARD B McGARRY 01584582 QMC |
| MAJ JOHN T DUNPHY 01337409 INF | MAJ ALFRED C ANDERSEN 0481974 AGC |
| MAJ ROBERT L SWEENEY 01286137 ARTY | MAJ HENRY D STACY 02055952 MSC |
| MAJ STOKES K ENGLE 01641271 SIGC | MAJ SAM C DE LOACH 01944669 TC |
| MAJ PHILIP J CURRAN 01687252 SIGC | MAJ GUY L COLSON 0269193 INF |
| MAJ WILLIAM A RAU 01011048 ARMOR | MAJ WILLIAM E McNEE 02042784 ORDC |
| MAJ JOHN HERINA 01103689 CE | MAJ JOHN C WHITE 01042464 ARTY |
| MAJ LOUIS J DUNT 01319831 INF | MAJ ALBERT A SMITH 0819768 ARTY |
| CAPT JOSEPH C BLEVINS 0983702 AGC | CAPT ANGELO CENTRELLO 01032698 ARMOR |
| CAPT CONSTANTINE COVOTSOS 02032069 AGC | CAPT MARSHALL L KUHN 02262490 SIGC |
| CAPT HERMAN S WEISS 01312868 INF | CAPT JESSE HAMMERSTONE 0887422 ARMOR |
| CAPT WALTER E HARTZ 02017842 INF | CAPT JUSTIN J GEROULD 02007446 MSC |
| CAPT ALAN G ROBERTSON 01998456 ARMOR | CAPT JEFFERSON S BOONE 01043872 ARTY |
| CAPT CALVIN J DI GIACOMANDREA 01820692 ARMOR | CAPT CRETIN L FISHER 02061630 MSC |
| CAPT RALPH R PURGESS 01800077 MPC | 1ST LT ROBERT H KRUG 01926344 INF |

RESERVE MEMBERS

| | |
|---|---|
| COL KENNETH G ALLEN 0170099 MI-USAR | 35 Shady Glen Ct, New Rochelle NY |
| COL LOWELL D BEATTY 0908578 CE-USAR | Banksville Rd, Bedford NY |
| COL JOSEPH J BERHALTER 0281295 SIGC-USAR | 330 Thornton Rd, Englewood NJ |
| COL JAMES H BISBEE 0280632 ORDC-USAR | 1848 E 65th St, Brooklyn NY |
| COL HOUSTON A BROWN 0284648 SIGC-USAR | 28 Highmeadow Rd, Manhasset LI NY |
| COL GEORGE L CLARKE 0170681 ARTY-USAR | 148 Alta Ave, Yonkers 5 NY |
| COL DAVID T CLEMENTS 0312879 QMC-USAR | 10 Crescent Rd, Great Neck LI NY |
| COL FRANK J DE CARLO 0342897 INF-USAR | 316 Eighth Ave, N Pelham NY |
| COL GERALD D DORMAN 0404715 MC-USAR | 863 Park Ave, New York NY |

Par 1 SO 108 dtd 5 Jun 57 (contd) Hq US Army Mil Dist New York

RESERVE MEMBERS

| GRADE, NAME, SN, BR | ADDRESS |
|---|---|
| COL LESTER R DRAY JR 0359668 TC-USAR | 15 Mount Joy Ave, Scarsdale NY |
| COL WILLIAM H DRIBBEN 0392838 MPC-USAR | 1209 E 29th St, Brooklyn 10 NY |
| COL JACK B DUNN 0380432 AGC-USAR | 801 Bradford Ave, Westfield NJ |
| COL FRANCIS B ELDER 0363740 MSC-USAR | 1790 Bdwy, % Alpha, New York NY |
| COL LUDWIG R ENGLER 0901767 SIGC-USAR | % RCA Bldg, 66 Broad St, Rm 1004 New York NY |
| COL CHARLES W FICKE 0223759 INF-USAR | 28 Metroplitan Oval, Bronx NY |
| COL ARTHUR F FLOOD 0916225 TC-USAR | 15 Ingram St, Forest Hills NY |
| COL IRA H GENET 0223438 SIGC-USAR | 49 Beverly Rd, Great Neck NY |
| COL JOHN M GODFREY 0317681 ARTY-USAR | % J Baily, 40 Worth St, New York 13 NY |
| COL GEORGE C GREEN 0218076 QMC-USAR | 26 Chatham Rd, Chappaqua NY |
| COL AUGUST H GROESCHEL 0345928 MC-USAR | The New York Hosp, 525 E 68th St New York NY |
| COL FRANK N GUNDERSON 0283583 ARMOR-USAR | 2559 Sedgwick Ave, Bronx NY |
| COL JOHN J GUSSACK 0275468 CAMG-USAR | 135 Willow St, New York NY |
| COL CHARLES B GWYNN 0223492 ARTY-USAR | 149 Bdwy, % Clark Estates, New York NY |
| COL FREDERICK H HAUSER 0311804 JAGC-USAR | 1000 Hudson St, Apt 208, Hoboken NJ |
| COL CHARLES S HEAD JR 0364675 SIGC-USAR | 17 Kingsbury Rd, Garden City LI NY |
| COL LEO L HOFFMAN 0246889 INF-USAR | 140 Cabrini Blvd, New York 33 NY |
| COL HAROLD D HUTCHINGS 0295396 MI-USAR | % Chicago Tribune Times Bldg 229 W 43d St, New York NY |
| COL EDWARD S KING 0256720 MC-USAR | 4 W 43d St, New York NY |
| CHAP (COL) ARYEH LEV 0382144 CH-USAR | 1232 E 12th St, Brooklyn NY |
| COL ARTHUR LEVITT 0375480 JAGC-USAR | 22 E 40th St, New York 17 NY |
| COL ELMER P MARSHALL 0404151 SIGC-USAR | 825 Kings St, Portchester NY |
| COL DAVID E MAYER 0176166 MC-USAR | 12 E 87th St, New York NY |
| COL JEROME S PRINCE 0308778 ORDC-USAR | 26 Irving Lane, New Hyde Pk LI NY |
| COL JOHN E QUINN 0235067 INF-USAR | 1505 Silver St, New York 61 NY |
| COL FRED A RATHKE 0273410 ARMOR-USAR | 248 Talbot Pl, Clifton, Staten Island NY |
| COL JAMES E RICE JR 0237516 SIGC-USAR | 60 Hudson St, Rm 703, New York NY |
| COL WILLIAM RYBAK 0374517 CE-USAR | 93 Vincent Ave, Lynbrook NY |
| COL HENRY N SACHS 0223120 ORDC-USAR | 075 Park Ave, New York 21 NY |
| COL EDWARD R SAMUELS 0344625 QMC-USAR | 53 Argyle Rd, Scarsdale NY |
| COL JOHN W SCHERMERHORN 0103213 MI-USAR | 54 Park Ave, Manhasset NY |
| COL MORTON A SEIDENFELD 0246631 MSC-USAR | 40 Madison Ave, Ocean Side LI NY |
| COL CHARLES A SELBY 0332094 MI-USAR | 200 E 66th St, New York 2 NY |
| COL ALSTON L SHEPPERD 0267602 ARMOR-USAR | 34 St Austins Pl, Staten Island NY |
| COL WILLIAM F SORENSEN 0390061 TC-USAR | 2606 Clovermore Rd, Oceanside LI NY |
| COL ISAAC D SPIVACK 0263562 MC-USAR | 141-12 66th Dr, Flushing LI NY |
| COL RAY L TRAUTMAN 0201135 SS-USAR | 11 Ferry Place, Bronxville NY |
| COL PAUL F VALENTINE 0917250 FC-USAR | 760 Lake St, White Plains NY |
| COL FRANK A VERGA 0377552 CAMG-USAR | 561 Summit Ave, Jersey City NJ |
| COL ALBERT L VREELAND 0290040 MI-USAR | 46 Woodland Ave, E Orange NJ |
| COL ALFRED P WALKER 0162811 SIGC-USAR | 200 E 66th St, New York NY |
| COL THOMAS J WALSH 0266012 QMC-USAR | 440 E 20th St, New York NY |
| COL ERWIN WIDMANN 0319008 CE-USAR | 1615 Schenectady Ave, Brooklyn NY |

Par 1 SO 100 dtd 5 Jun 57 (cdntd) Hq US Army Mil Dist New York

RESERVE [illegible]

| GRADE, NAME, SN, BR | ADDRESS |
|---|---|
| 1ST LT JOSEPH W HYDOK 01073689 FC-USAR | 333 Washington Ave, Brooklyn NY |
| 1ST LT WILLIAM F JOHNSON 0378913 SS-USAR | 4 E 89th St, New York NY |
| 1ST LT LEON L KARTERON 01024893 ARMOR-USAR | 133 E 117th St, New York NY |
| 1ST LT LAWRENCE W KATZ 0969200 FC-USAR | 750 Grand Concourse NY |
| 1ST LT STEPHEN R KAYE 01076130 FC-USAR | 110 E 78th St, New York NY |
| 1ST LT JOHN J KEEGAN 01328007 MPC-USAR | 63-12 242d St, Bellerose NY |
| 1ST LT EDMOND R LARSEN 0906352 MSC-USAR | 240 W 150th St, New York NY |
| 1ST LT CHARLES S LASKY 0069040 AGC-USAR | 100-15 Grand Central Pkwy, Jamaica 2 NY |
| 1ST LT ROBERT E LATHAM 01330072 INF-USAR | 150 Poplar St, Garden City NY |
| 1ST LT PHILIP LEHRMAN 01305041 INF-USAR | 220-06 80th Ave, Queens Village NY |
| 1ST LT MATTHEW LEVY 0901133 CMLC-USAR | 2757 Claflin Ave, Bronx NY |
| ~~1ST LT ANTHONY J LIMASCI [illegible] AGC-USAR~~ | 30 Seaman Ave, Rockville Centre NY |
| 1ST LT EDWARD L LYNCH 02050109 SS-USAR | % Union Pacific RR Co, 120 Bdwy New York NY |
| 1ST LT YALE MARIENHOFF 02200568 FC-USAR | 34-15 74th St, Jackson Hts 72 NY |
| 1ST LT HENRY T McCABE 01338009 MPC-USAR | 212 E 63d St, New York NY |
| 1ST LT CHARLES E McDONOUGH 01033630 FC-USAR | 60 Iozia Terrace, E Patterson NJ |
| 1ST LT THOMAS J McGOLDRICK 02041470 ARTY-USAR | 64 Beverly Rd, Kew Gardens NY |
| 1ST LT LAWRENCE A NILSON 0903013 ARTY-USAR | 1512 Beach Ave, Bronx 60 NY |
| 1ST LT MILTON H PACHTER 01074300 INF-USAR | 1701 W 3d St, Brooklyn NY |
| 1ST LT WALTER ROSS 01534910 MSC-USAR | 15 Howard St, Mt Vernon NY |
| 1ST LT DAVID M ROTHENBERG 02020553 FC-USAR | 349 Campus Rd, Franklin Sq LI NY |
| 1ST LT THOMAS W RYLEY 01092056 INF-USAR | 32 Alexander Ave, Lynbrook NY |
| CH (1ST LT) MORRIS SANDER 02270907 CH-USAR | 5701 Ft Hamilton Pkwy, Brooklyn NY |
| 1ST LT MILTON H SCHILLER 02007906 MPC-USAR | 2120 Benson Ave, Brooklyn NY |
| 1ST LT IRWIN M SHRUBSTEIN 01930963 ARMOR-USAR | 2114 Mapes Ave, Bronx NY |
| 1ST LT ANTHONY D SLOSEK 02012690 INF-USAR | 50-23 64th St, Woodside NY |
| 1ST LT MICHAEL A SQUILLANTE 02201471 INF-USAR | 95-35 104th St, Ozone Pk 16 NY |
| 1ST LT PRODYN THOMPSON JR 0076321 ARTY-USAR | 333 Macon St, Brooklyn 16 NY |
| 1ST LT JOSEPH A UCCI 01094035 FC-USAR | 23-46 31st Dr, Astoria 6 NY |
| 1ST LT JOHN A WALKER 01054865 ARTY-USAR | 801 W 137th St, New York 30 NY |
| 1ST LT JOSEPH S WILLIAMS 0979434 FC-USAR | 60-35 C 186th Lane, Fresh Meadows NY |
| 2D LT KENNETH L BLOCK 04031904 AGC-USAR | 1520 Sheridan Ave, Bronx 57 NY |
| 2D LT BURTON L FINK 02273796 MSC-USAR | 200 Clinton St, Brooklyn NY |

FOR THE CHIEF:

OFFICIAL:

William G Engelmann

WILLIAM G ENGELMANN
Major, INF
Actg AG

WALTER D McCAHAN
Colonel, GS
Chief of Staff

DISTRIBUTION:
A, M, Q
Pers Concerned

| | |
|---|---|
| Fin & Acctg Off, Ft Jay NY | 4 |
| CG First Army Attn: AHFAG-MR | 1 |
| CG First Army Attn: AHFAG-MP | 1 |
| RPMD, Bklyn Army Term, Bklyn NY 1200 | |

# Exhibit 4

Lt Fuchs/lt/ev

CONTROL GROUPS BRANCH
RESERVE PERSONNEL MANAGEMENT DIVISION

25 August 1955
DATE

MEMORANDUM

TO: Administrative Officer
Reserve Personnel Management Division

1. Application for award of the Armed Forces Reserve Medal has been received from:

| Mathew Levy | 1st Lt | 0 981 133 |
|---|---|---|
| NAME | RANK | SERVICE NUMBER |

2757 Claflin Avenue, Bronx, New York
ADDRESS

1703

2. Applicant meets the requirements of paragraph 37, AR 672-15 dated 24 November 1954 for award of:

[X] Armed Forces Reserve Medal.

[ ] (    ) Ten year device(s).
Number

FILE

XXXXXXXX
NAME RANK
XXXXXXXXXXXXXXXXXXXX

JOHN J FUCHS
1st Lt, Inf
Asst Pers Mgt Off

ARMED FORCES RESERVE MEDAL

1. The Armed Forces Reserve Medal is awarded for honorable and satisfactory service as a member or former member of one or more of the reserve components of the Armed Forces of the United States for a period of 10 years under the following conditions:

a. The 10 years of service must be within a period of 12 consecutive years.

b. A year of service after 1 July 1949 is one in which at least 50 retirement points are earned.

c. Service in a regular component must be in a concurrent reserve status.

d. Such service shall not include service in Honorary Reserve and/or Honorary Retired list.

2. For the purpose of determining eligibility, service as a member of a reserve component shall also include all service in the following organizations:

a. National Guard of the United States.
b. NG while in US Service.
c. Federally recognized NG prior to 1933.
d. Officer's Reserve Corps.
e. Enlisted Reserve Corps.
f. Organized Reserve Corps.
g. Army of the United States.
h. Naval Reserve (Force).
i. Marine Corps Reserve.
j. Limited Service Marine Corps Reserve.
k. Naval Militia.
l. National Naval Volunteer.
m. Air National Guard.
n. Air Force Reserve.
o. Air Force of the United States.
p. Coast Guard Reserve.

3. One 10-year device is authorized to denote service for each ten year period in addition to and under the same conditions as prescribed for the award of the Armed Forces Reserve Medal.

DD-214 / 215 Replacement - Free on-line Form SF-180 Processing
Military Replacement Certificates www.Military-Certificates.com
Ads by Google
Advertise on this site

Army Navy Air Force **GRUNT** Marine Corps Coast Guard Careers

**Page Links**

- Home
- Feedback
- Careers NEW!
- Awards

**Shopping**

- USMedals.com
- ROTC/JROTC
- Grunt Gear
- Education
- Posters
- Flags
- Military Books
- Military Movies

**Forum**

- Grunt Forum
- Cadet Forum

**Site-Ring**

- Join

**MilTerms.com**

- Dictionary

**Grunt Award**

- Apply

**Rank Insignia**

- Army
  - AROTC
  - AJROTC
- Navy
  - NJROTC
- Air Force
  - AFROTC
  - AFJROTC
  - USAF Academy
  - Civil Air Patrol
- Marine Corps
  - MCJROTC
- Coast Guard

**Medals/Ribbons**

- Rackbuilder
- Army

# Armed Forces Reserve Medal





Click here to buy this medal/ribbon (Army)

Click here to buy this medal/ribbon (Air Force)

Click here to buy this medal/ribbon (Navy)

Click here to buy this medal/ribbon (Coast Guard)

Click here to buy this medal/ribbon (Army National Guard)

Click here to buy this medal/ribbon (Marine Corps)

Ads by Google

DD-214 / 215

Replacement

Free on-line Form

SF-180

Processing

Military

Replacement

Certificates

www.MilitaryCertificates.org

Advertise on this site

Ads by Google

Save on

Military Gear

Clearance sale on in-store products at our Gaithersburg shop only.

www.[illegible]

Advertise on this site

**1. Description:** A bronze medal 1 ¼ inches in diameter, with a flaming torch in front of a crossed powder horn and a bugle within a circle composed of thirteen stars and thirteen rays. On the reverse is a different design for each of the reserve components. The reverse of all medals have the inscription "ARMED FORCES RESERVE" around the rim. **Organized Reserve:** On a wreath, the Lexington Minuteman statue as it stands on the Common in Lexington, Massachusetts encircled by thirteen stars. **National Guard:** The National Guard insignia (two crossed fasces superimposed on an eagle displayed with wings reversed. **Air Force Reserve:** The crest from the Air Forces seal (on a wreath, an eagle displayed in front of a cloud form). **Naval Reserve:** The center device of the Department of the Navy seal (an eagle displayed on an anchor in front of a ship in full sail). **Marine Corps Reserve:** The Marine Corps insignia (eagle perched on a globe superimposed on an anchor). **Coast Guard Reserve:** The central design of the Coast Guard seal (crossed anchors superimposed by a shield within an annulet).

**2. Devices:** Bronze hourglass to indicate 10 years service; silver hourglass to indicate 20 years service; gold hourglass to indicate 30 years service; letter "M" to indicate mobilization in support of US Military operations or contingencies designated by the Secretary of Defense; and a numeral to indicate number of times mobilized.

**3. Ribbon:** The ribbon is 1 3/8 inches wide and consists of the following stripes: 1/16 inch Bluebird 67117; 1/32 inch Chamois 67142; 1/16 inch Bluebird; 1/32 inch Chamois; 1/16 inch Bluebird; 3/8 inch Chamois; center 1/8 inch Bluebird; 3/8 inch Chamois; 1/16 inch Bluebird; 1/32 inch Chamois; 1/16 inch Bluebird; 1/32 inch Chamois; and 1/16 inch Bluebird.

**4. Criteria:** Award under one of the following conditions:

a. Awarded for honorable and satisfactory service as a member of one or more of the Reserve Components of the Armed Forces of the United States for a period of 10 years within a 12-year period. Upon completion of the fourth 10-year period, a gold hourglass followed by a bronze hourglass shall be awarded.

b. Awarded for mobilization on or after 1 August 1990, to members called to active duty and served under Title 10, United States Code (USC) (Defense Department) or Title 14 USC (Coast Guard) or the member volunteered and served on active duty in support of US Military operations or contingencies designated by the Secretary of Defense. The "M" device is worn to indicate mobilization. Subsequent mobilizations are denoted by the wear of a number to indicate the number of times mobilized. No hourglass is worn unless authorized under the above paragraph.

**5. Components:** the following are components of the Armed Forces Reserve Medal:

a. Medal (regular size): MIL-DTL-3943/231. (Stock number for the full size medal set with ribbon bar.) National Guard: NSN 8455-00-227-1713; USAR: 8455-00-269-5781.

b. Medal (miniature): MIL-DTL-3943/231. Available commercially.

c. Ribbon: MIL-DTL-11589/13, NSN 8455-00-265-4916.

**6. Background:** The Armed Forces Reserve Medal was authorized by President Truman by Executive Order 10163, dated 25 September 1950. The Executive Order was amended by Executive Order, dated 6 August 1996, to include authorization for award based on mobilization.

**7. Wear:** If no "M" device is authorized, the appropriate hourglass shall be positioned in the center of the ribbon. If no hourglass is authorized, the "M" device shall be positioned in the center of the ribbon, followed by Arabic numerals indicating the number of times the device has been awarded, starting with the second award (no number is worn for the first award). If both the hourglass and the "M" device are awarded, the hourglass shall be positioned in the first position on the ribbon (at the wearer's right), the "M" device in the middle position, and the number of times the "M" device has been awarded in the remaining position (at the wearer's left).

Most of the graphics displayed have been scanned by the author of this web site.
Please ask permission before using. Thanks!

Click here to make GruntsMilitary.com your default homepage
Currently 37 visitors online.

Copyright © 2007 GruntsMilitary.com
All rights reserved.

Exhibit 5

HEADQUARTERS
U.S. ARMY MILITARY DISTRICT, NEW YORK
90 Church Street, New York 7, NY

LO USAR 2415 19 July 1957

SUBJECT: Active Duty for Training

TO: 1ST LT MATHEW LEVY, 0981133, CMLO-USAR
2757 Claflin Ave, Bronx 68, NY

1. LO USAR 2171 this hq pertaining to 1ST LT MATHEW LEVY, 0981133, CMLO-USAR, 2757 Claflin Ave, Bronx 68 NY asg 1702 USAR Con Gp (Mob Designation) NY atch NY Mob Designation Det 10, 529 W 42nd St, New York, NY atch for ACDUTRA: US Army Chemical Center & Chemical Materiel Comd (9710) Army Chemical Center, Md (AUT) is revoked. (MOS: 4355) Appn: 2182070 832-1234 S49-092

2. By direction of the Secretary of the Army, you are ordered for a tour of Active Duty Training as indicated below:

VOCG 14 Jul 57 Cfm:
Eff Date of ACDUTRA: 14 Jul 57
Unit of asg: 1702 USAR Con Gp (Mob Designation) NY atch NY Mob Designation Det. 10, 529 W 42d St, New York, NY
Orgn Sta to which atch for tng: NY Procurement District, 290 Broadway, New York 7, NY
Purpose: Annual Unit Tng
D/R: 7 Jul 57 DOB: 23 Nov 26 MOS: 4355 TD Nr: 03-9721 (M)
Date of Relief fr ACDUTRA: 28 Jul 57
Appn: 2182070 832-1234 P8113-01,15 P8173-02 S49-092 SEA 34-0114
Pending completion of final clearance individual has been granted an interim clearance for access to classified information and material to include SECRET.
AUTH: Title 10, USC sub-sec 672 (b), Cir 25, Hq First US Army 29 Feb 56; AR 140-220 and Ltr AGPR-DY, DA 12 Jun 57 subj: "ACDUTRA of Mobilization Designees UP of AR 140-220."

3. On eff date of ACDUTRA, you will proceed from your home to sta indicated; Upon completion of ACDUTRA, unless sooner reld, you will rtn to your home and stand reld from tng on date shown above. Tvl by railroad, bus, ship or air is auth (AR 55-21.) Nec tvl time (based on ground common carrier) from your home to duty sta and rtn is auth and is included in the period of tng shown above. Tvl by privately owned conveyance is not prohibited, provided tvl time will not be in excess of tvl time required by common carrier. PCS. Tvl of dependents and shipment of PCS weight allowance not auth. Appropriate uniform prescribed by AR 670-6 will be worn. TDN.

4. Commanders or organizations, stations or agencies to which member is attached for tng will maintain his records and submit reports as required by AR 140-220.

5. Finance Officers making payment under the above allotment will mail one copy of each paid voucher to Fiscal Officer cited in the appropriation.

FOR THE CHIEF:

C. Covotsos
C. COVOTSOS
Capt, AGC
Asst AG

DISTRIBUTION:
Special

# Exhibit 6

NEW YORK CHEMICAL PROCUREMENT DISTRICT, U. S. ARMY
~~XXXXXXXXXXXXXXXX~~ 290 Broadway
NEW YORK ~~XX~~ N. Y.
7

IN REPLY REFER TO:

CMLMC-NY-ZP-3

28 August 1957

First Lt. Mathew Levy
c/o Bayshore Togs
Locust Street
Keyport, N. J.

Dear Mat:

Please accept my apologies for the delay in the preparation of your report, (we have had our problems). Your original has been forwarded to the Commanding Officer for review.

Your Analysis of operational responsibilities concerning our Branch is one of the finest I have had the privilege to read.

I certainly hope your efforts will bring deserving rewards.

Very truly yours,

THOMAS W. MURPHY, 1st Lt CmlC
Chief, Procurement Services Branch.

1 Incl.
Analysis of DMS & Surplus Funds

# Exhibit 7

3

CORRECTED COPY

HEADQUARTERS, II US ARMY CORPS (RESERVE)
Camp Kilmer, New Jersey

AHAAG-RO 300.4 11 Jun 1958
LO USAR
3242

SUBJECT: Active Duty for Training

TO: Personnel concerned

By dir of SA, you are ordered to AD for tng on date indc in (a). On that date you WP from your home(s) to sta indc in (b). Upon compl of AD for tng, unless sooner rel, you will rtn to your home(s) & stand rel from AD for tng on date indc in (c). Tvl by railroad, bus or air is auth. Tvl by POC is not prohibited prov tvl time does not exceed that rqr for tvl by cc. Nec tvl time (based on gnd cc) from your home(s) to dy sta & rtn is auth & incl in pd of tng. Tvl of depn & shpmt of PCS weight alw not auth. TDN. PCS. Aprop unif prescribed by AR 670-6 will be worn. Phys exam and/or cert will be accomp in acd WAR 140-120. Comd of org sta or agencies indc in (b) below will maintain mbr rec & sbm rept as rqr by AR 140-220.

Fpou Fin & Acct Off FINFA-3 Temp Bldg "B" 2d & R Sts, SW, Washington 25, DC & OIC res. asg unit indc.

Res Asg: USAR Con Gp (Mob Dsg) II USA Corps (Res) atch: II USA Corps (Res) Mob Dsg Det #10 (Cml Proc Dist) 529 W 42d St NY 36, NY

1ST LT MATTHEW LEVY O 981 133 CmlC-USAR 2757 Claflin Ave Bronx NY
MOS 4320 DR 2 May 58 DOB 23 Nov 26 WE 1 SSAN: 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 Clnc: Sec ON-0565 (FY 58) ON-0020 (FY 59)
MAJ WILLIAM MC KABA O 977 866 CmlC-USAR 333 Ovington Ave. Brooklyn 9 NY
MOS 7300 DR 5 Aug 56 DOB 14 Jul 12 WE 4 SSAN: 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 Clnc; Sec ON-0564 (FY 58) ON-0021 (FY 59)

| | | |
|---|---|---|
| a. | Date of entry on ACDUTRA | 29 Jun 58 (Rept NLT 0800 hrs 30 Jun 58) |
| b. | Org & sta atch for tng | USA Cml Procurement Dist NY, NY |
| c. | Date of rel fr ACDUTRA | 13 Jul 58 |
| d. | Purpose | Annual Tng (Mob Dsg) |
| e. | Authority | Title 10 USC Subsec 672(b) & AR 140-220 |
| f. | Appropriation | 2182070 32-1234 P8113-01-15 8173-02 S49-092 (Fy 58) 2192070 32-1234 P8110.130-01-15 P8170.130-02 S49-092 (Fy 59) Subj to aval of funds. |

FOR THE COMMANDER:

[signature]
F J SWIDERSKI
Capt, Inf
Act Asst AG

DISTRIBUTION:
Special

Exhibit 8

MEMORANDUM FOR: Executive Secretary, ABCMR 2 January 1959

NAME: LEVY, MATHEW ASN: O 981 133 RANK: 1st Lt HON DISCH: 18 Sep 58

APPLICANT REQUESTS: That, in effect, he be reinstated in the Res and promoted to the grade of Capt. He claims that a true and accurate account of his military efficiency is not reflected in his records. In support of his application he submits letters of commendation and character references.

MATERIAL EVIDENCE OF RECORD: DOB: 23 Nov 26. Enlisted service: 18 Nov 44 - 4 Nov 46. Appointed 2d Lt, ORC, 1 Oct 49. Promoted to 1st Lt 29 Jun 53. He was passed over for Res promotion in 1957 and 1958, and was honorably discharged on 18 Sep 58 as a result thereof.

His efficiency reports indicate that he was considered fully qualified for promotion by his rating officer on 16 Sep 57. However, he was on active duty for training for 2 consecutive 6-months periods beginning 1 Jan 57 through 31 Dec 57, and his rating officer on 21 Jan 58 felt that he had not demonstrated potential for promotion despite his opportunity to do so. The rating officer who rendered the favorable report on him in Sep 57, again considered appl qualified for promotion on 21 Jul 58, after appl had served on a 2-week tour of active duty for training.

The law requires that an officer be discharged from the Res if he fails to be selected for promotion to the next higher grade by a Selection Board, after having twice been considered by a Selection Board.

RECOMMENDATION: There is nothing in appl's records to indicate that he has not been properly rated. The reason or reasons for his pass over for promotion by the Selection Board is not known, as such Boards do not prepare proceedings, or leave any workup sheet in the files to show the basis for their selection or non-selection of an individual. Under the circumstances there appears to be no basis for a formal hearing, and a denial of appl's application is accordingly recommended.

[signature]
Examiner

Exhibit 9

DEPARTMENT OF THE ARMY
OFFICE OF THE UNDER SECRETARY
WASHINGTON, D. C.

In Reply Refer To:

JAN 13 1959

AG 201 - LEVY, MATHEW
O 981 133

MEMORANDUM FOR THE ADJUTANT GENERAL:

It is requested that the applicant and counsel, if any, be notified that following examination and consideration of the application and records, the Army Board for Correction of Military Records on JAN 7 1959 determined that insufficient evidence has been presented to indicate probable material error or injustice, and the application is denied.

The notice to the applicant will be in the form prescribed by the memorandum from Executive Secretary, Army Board for Correction of Military Records to The Adjutant General, subject, Notice of Denial of Application for Correction of Military Records, dated 10 August 1955.

Inclosures:

DD Form 149
AG 201 File
Service Record
Eff File

Raymond J. Williams
Executive Secretary
Army Board for Correction
of Military Records

Exhibit 10

National Personnel Records Center
9700 Page Avenue St. Louis, Missouri 63132-5100

JAN 0 4 1999

Honorable John R. Kasich
Attn: Mark Bell
2700 East Dublin-Granville Road, Suite 525
Columbus, OH 43231

**Veteran's name:** Levy, Mathew

**Service number/SSN:** 0 981-133 and 12 236 330

**Constituent's name:** Same

Dear Mr. Kasich:

The record needed to answer your inquiry is not in our files. If the record were here on July 12, 1973, it would have been in the area that suffered the most damage in the fire on that date and may have been destroyed. The fire destroyed the major portion of records of Army military personnel for the period 1912 through 1959, and records of Air Force personnel with surnames Hubbard through Z for the period 1947 through 1963. Fortunately, there are alternate records sources that often contain information which can be used to reconstruct some service record data lost in the fire. However, a complete service record cannot be reconstructed.

Enclosed are copies of all available personnel documents in Mr. Levy's reconstructed service record. They were obtained from an alternate records source.

We regret that our response could not be more positive; however, we hope this information will be helpful to your constituent.

Sincerely,

for Bettie Stafford
DAVID L. PETREE
Director

Enclosures

AGPR-AA 201 Levy, Mathew
0 981 133 (31 Oct 58)

Mr. Mathew Levy
2757 Claflin Avenue
Bronx 68, New York

Dear Mr. Levy:

I have been requested by the Army Board for Correction of Military Records to make further reply to your request for correction of your Army records.

The administrative procedures established by the Secretary of the Army for the guidance of the Army Board for Correction of Military Records provide that the Board may deny an application when a sufficient basis for a review has not been established.

Following examination and consideration of your Army records together with such facts as have been presented by you, the Army Board for Correction of Military Records on 7 January 1959 determined that insufficient evidence has been presented to indicate probable material error or injustice. Accordingly, your application was denied.

You are privileged at any time to submit to the Board for consideration new and material evidence not previously considered.

Sincerely yours,

R. V. LEE
Major General, USA
The Adjutant General

Copy furnished:
SofA Bd for Corr of Mil Records

DEPARTMENT OF THE ARMY
OFFICE OF THE UNDER SECRETARY
WASHINGTON, D. C.

In Reply Refer To:

JAN 13 1959

AG 201 - LEVY, MATHEW
0 981 133

MEMORANDUM FOR THE ADJUTANT GENERAL:

It is requested that the applicant and counsel, if any, be notified that following examination and consideration of the application and records, the Army Board for Correction of Military Records on JAN 7 1959 determined that insufficient evidence has been presented to indicate probable material error or injustice, and the application is denied.

The notice to the applicant will be in the form prescribed by the memorandum from Executive Secretary, Army Board for Correction of Military Records to The Adjutant General, subject, Notice of Denial of Application for Correction of Military Records, dated 10 August 1955.

Inclosures:

DD Form 149
AG 201 File
Service Record
Eff File

Raymond J. Williams
Executive Secretary
Army Board for Correction
of Military Records

MEMORANDUM FOR: Executive Secretary, ABCMR 2 January 1959

NAME: LEVY, MATHEW ASN: 0 981 133 RANK: 1st Lt HON DISCH: 18 Sep 58

APPLICANT REQUESTS: That, in effect, he be reinstated in the Res and promoted to the grade of Capt. He claims that a true and accurate account of his military efficiency is not reflected in his records. In support of his application he submits letters of commendation and character references.

MATERIAL EVIDENCE OF RECORD: DOB: 23 Nov 26. Enlisted service: 18 Nov 44 - 4 Nov 46. Appointed 2d Lt, ORC, 1 Oct 49. Promoted to 1st Lt 29 Jun 53. He was passed over for Res promotion in 1957 and 1958, and was honorably discharged on 18 Sep 58 as a result thereof.

His efficiency reports indicate that he was considered fully qualified for promotion by his rating officer on 16 Sep 57. However, he was on active duty for training for 2 consecutive 6-months periods beginning 1 Jan 57 through 31 Dec 57, and his rating officer on 21 Jan 58 felt that he had not demonstrated potential for promotion despite his opportunity to do so. The rating officer who rendered the favorable report on him in Sep 57, again considered appl qualified for promotion on 21 Jul 58, after appl had served on a 2-week tour of active duty for training.

The law requires that an officer be discharged from the Res if he fails to be selected for promotion to the next higher grade by a Selection Board, after having twice been considered by a Selection Board.

RECOMMENDATION: There is nothing in appl's records to indicate that he has not been properly rated. The reason or reasons for his pass over for promotion by the Selection Boards is not known, as such Boards do not prepare proceedings, or leave any workup sheet in the files to show the basis for their selection or non-selection of an individual. Under the circumstances there appears to be no basis for a formal hearing, and a denial of appl's application is accordingly recommended.

[signature]
Examiner

Ret, Res Bn, Edwards the
Gen was the proper hiring
Officer for the permanent
[illegible] was in Active duty
for training for 1 yr
at [illegible] Det #19
USAHDNY, that he
was apparently accountable
directly to the General.

# Exhibit 11

**Paul Croushore, J.D., LL.M.**
**Attorney at Law**

407 American Building
30 E. Central Parkway
Cincinnati, OH 45202
(513) 381-5555

P.O. Box 75170
Cincinnati, OH 45275-5170
fax 859-689-0118
CROUSHLAW@aol.com

June 1, 2001

State of Kentucky :
County of Boone : ss

TO WHOM IT MAY CONCERN:

This is to certify that the following five pages are authentic and consist of: (1) a letter from the National Personnel Records Center, dated January 4, 1999; (2) a letter from The Adjutant General, dated October 31, 1958; (3) a Memorandum For The Adjutant General, dated January 13, 1959; (4) a Memorandum For: Executive Secretary, ABCMR, dated January 2, 1959; and (5) handwritten notes, undated. These documents were stapled together when I received them, have not been disassembled, and are in the present state that they were in when I received them from Congressman Kasich's office.

Affiant further sayeth naught.

Paul Croushore

Sworn to before me on this the 1st day of June, 2001, by Paul Croushore, voluntarily and as his free act and deed.

Notary Ramona Croushore
My commission expires 9/29/04

45

# National Personnel Records Center

9700 Page Avenue St. Louis, Missouri 63132-5100

JAN 04 1999

Honorable John R. Kasich
Attn: Mark Bell
2700 East Dublin-Granville Road, Suite 525
Columbus, OH 43231

**Veteran's name:** Levy, Mathew

**Service number/SSN:** 0 981-133 and 12 236 330

**Constituent's name:** Same

Dear Mr. Kasich:

The record needed to answer your inquiry is not in our files. If the record were here on July 12, 1973, it would have been in the area that suffered the most damage in the fire on that date and may have been destroyed. The fire destroyed the major portion of records of Army military personnel for the period 1912 through 1959, and records of Air Force personnel with surnames Hubbard through Z for the period 1947 through 1963. Fortunately, there are alternate records sources that often contain information which can be used to reconstruct some service record data lost in the fire. However, a complete service record cannot be reconstructed.

Enclosed are copies of all available personnel documents in Mr. Levy's reconstructed service record. They were obtained from an alternate records source.

We regret that our response could not be more positive; however, we hope this information will be helpful to your constituent.

Sincerely,

for Bettie Stafford
DAVID L. PETREE
Director

Enclosures

AGPR-AA 201 Levy, Mathew
0 981 133 (31 Oct 58)

Mr. Mathew Levy
2757 Claflin Avenue
Bronx 68, New York

Dear Mr. Levy:

I have been requested by the Army Board for Correction of Military Records to make further reply to your request for correction of your Army records.

The administrative procedures established by the Secretary of the Army for the guidance of the Army Board for Correction of Military Records provide that the Board may deny an application when a sufficient basis for a review has not been established.

Following examination and consideration of your Army records together with such facts as have been presented by you, the Army Board for Correction of Military Records on 7 January 1959 determined that insufficient evidence has been presented to indicate probable material error or injustice. Accordingly, your application was denied.

You are privileged at any time to submit to the Board for consideration new and material evidence not previously considered.

Sincerely yours,

R. V. LEE
Major General, USA
The Adjutant General

Copy furnished:
✓SofA Bd for Corr of
Mil Records

IS 18

DEPARTMENT OF THE ARMY
OFFICE OF THE UNDER SECRETARY
WASHINGTON, D. C.

In Reply Refer To:

JAN 13 1959

AG 201 - LEVY, MATHEW
O 981 133

MEMORANDUM FOR THE ADJUTANT GENERAL:

It is requested that the applicant and counsel, if any, be notified that following examination and consideration of the application and records, the Army Board for Correction of Military Records on JAN 7 1959 determined that insufficient evidence has been presented to indicate probable material error or injustice, and the application is denied.

The notice to the applicant will be in the form prescribed by the memorandum from Executive Secretary, Army Board for Correction of Military Records to The Adjutant General, subject, Notice of Denial of Application for Correction of Military Records, dated 10 August 1955.

Raymond J. Williams
Executive Secretary
Army Board for Correction of Military Records

Inclosures:

DD Form 149
AG 201 File
Service Record
Eff File

MEMORANDUM FOR: Executive Secretary, ABCMR 2 January 1959

NAME: LEVY, MATHEW ASN: 0 981 133 RANK: 1st Lt HON DISCH: 18 Sep 58

APPLICANT REQUESTS: That, in effect, he be reinstated in the Res and promoted to the grade of Capt. He claims that a true and accurate account of his military efficiency is not reflected in his records. In support of his application he submits letters of commendation and character references.

MATERIAL EVIDENCE OF RECORD: DOB: 23 Nov 26. Enlisted service: 18 Nov 44 - 4 Nov 46. Appointed 2d Lt, ORC, 1 Oct 49. Promoted to 1st Lt 29 Jun 53. He was passed over for Res promotion in 1957 and 1958, and was honorably discharged on 18 Sep 58 as a result thereof.

His efficiency reports indicate that he was considered fully qualified for promotion by his rating officer on 16 Sep 57. However, he was on active duty for training for 2 consecutive 6-months periods beginning 1 Jan 57 through 31 Dec 57, and his rating officer on 21 Jan 58 felt that he had not demonstrated potential for promotion despite his opportunity to do so. The rating officer who rendered the favorable report on him in Sep 57, again considered appl qualified for promotion on 21 Jul 58, after appl had served on a 2-week tour of active duty for training.

The law requires that an officer be discharged from the Res if he fails to be selected for promotion to the next higher grade by a Selection Board, after having twice been considered by a Selection Board.

RECOMMENDATION: There is nothing in appl's records to indicate that he has not been properly rated. The reason or reasons for his pass over for promotion by the Selection Boards is not known, as such Boards do not prepare proceedings, or leave any workup sheet in the files to show the basis for their selection or non-selection of an individual. Under the circumstances there appears to be no basis for a formal hearing, and a denial of appl's application is accordingly recommended.

Examiner

Pfc, Rio Bey believes the
Gov was the proper party
Now for the present
legal was in active duty
for training for 1 yr
[illegible] Det #19
at [illegible] that he
USAMD NY [illegible]
would apparently [illegible]
liability to the Government

Exhibit 12

**Paul Croushore, J.D., LL.M.**
**Attorney at Law**

407 American Building
30 E. Central Parkway
Cincinnati, OH 45202
(513) 381-5555

P.O. Box 75170
Cincinnati, OH 45275-5170
fax 859-689-0118
CROUSHLAW@aol.com

December 17, 2001

Army Review Boards Agency
Support Division, St. Louis
ATTN: SFMR-RBR-SL
9700 Page Blvd
St. Louis, MO 63132-5200

Re: Request for Correction of Military Records

Dear Sirs:

I represent Mr. Mathew Levy. Mr. Levy was discharged on September 18, 1958, as the result of an error in processing. As best we can determine, some other officer's documents were placed in then-Lieutenant Levy's file, with the result that he was passed over for promotion, and ultimately discharged.

When Mr. Levy sought correction, it appears that the Board reviewed his erroneous file and, without showing or informing Mr. Levy of the actual basis of the determination, found that he had not demonstrated evidence of material error or injustice. Had Mr. Levy been shown the documents included in the present packet, especially the Memorandum for: Executive Secretary, ABCMR (dated 2 January 1959) and the undated handwritten note, he could then have demonstrated the erroneous nature of the evidence.

Mr. Levy therefore requests reconsideration of the 1959 denial of his request to correct his military records. Please feel free to contact me if I may be of any assistance in this matter.

Sincerely,

Paul Croushore

Enclosures

**Paul Croushore, J.D., LL.M.**
**Attorney at Law**

407 American Building
30 E. Central Parkway
Cincinnati, OH 45202
(513) 381-5555

P.O. Box 75170
Cincinnati, OH 45275-5170
fax 859-689-0118
CROUSHLAW@aol.com

June 1, 2001

State of Kentucky :
County of Boone : ss

TO WHOM IT MAY CONCERN:

This is to certify that the following five pages are authentic and consist of: (1) a letter from the National Personnel Records Center, dated January 4, 1999; (2) a letter from The Adjutant General, dated October 31, 1958; (3) a Memorandum For The Adjutant General, dated January 13, 1959; (4) a Memorandum For: Executive Secretary, ABCMR, dated January 2, 1959; and (5) handwritten notes, undated. These documents were stapled together when I received them, have not been disassembled, and are in the present state that they were in when I received them from Congressman Kasich's office.

Affiant further sayeth naught.

Paul Croushore

Sworn to before me on this the 1st day of June, 2001, by Paul Croushore, voluntarily and as his free act and deed.

Notary Ramona Croushore
My commission expires 9/29/04

65

# National Personnel Records Center

9700 Page Avenue St. Louis, Missouri 63132-5100

JAN 0 4 1999

Honorable John R. Kasich
Attn: Mark Bell
2700 East Dublin-Granville Road, Suite 525
Columbus, OH 43231

**Veteran's name:** Levy, Mathew

**Service number/SSN:** 0 981-133 and 12 236 330

**Constituent's name:** Same

Dear Mr. Kasich:

The record needed to answer your inquiry is not in our files. If the record were here on July 12, 1973, it would have been in the area that suffered the most damage in the fire on that date and may have been destroyed. The fire destroyed the major portion of records of Army military personnel for the period 1912 through 1959, and records of Air Force personnel with surnames Hubbard through Z for the period 1947 through 1963. Fortunately, there are alternate records sources that often contain information which can be used to reconstruct some service record data lost in the fire. However, a complete service record cannot be reconstructed.

Enclosed are copies of all available personnel documents in Mr. Levy's reconstructed service record. They were obtained from an alternate records source.

We regret that our response could not be more positive; however, we hope this information will be helpful to your constituent.

Sincerely,

for Bettie Stafford
DAVID L. PETREE
Director

Enclosures

AGPR-AA 201 Levy, Mathew
O 981 133 (31 Oct 58)

Mr. Mathew Levy
2757 Claflin Avenue
Bronx 68, New York

Dear Mr. Levy:

I have been requested by the Army Board for Correction of Military Records to make further reply to your request for correction of your Army records.

The administrative procedures established by the Secretary of the Army for the guidance of the Army Board for Correction of Military Records provide that the Board may deny an application when a sufficient basis for a review has not been established.

Following examination and consideration of your Army records together with such facts as have been presented by you, the Army Board for Correction of Military Records on 7 January 1959 determined that insufficient evidence has been presented to indicate probable material error or injustice. Accordingly, your application was denied.

You are privileged at any time to submit to the Board for consideration new and material evidence not previously considered.

Sincerely yours,

R. V. LEE
Major General, USA
The Adjutant General

Copy furnished:
SofA Bd for Corr of
Mil Records

DEPARTMENT OF THE ARMY
OFFICE OF THE UNDER SECRETARY
WASHINGTON, D. C.

In Reply Refer To:

JAN 13 1959

AG 201 - LEVY, MATHEW
O 981 133

MEMORANDUM FOR THE ADJUTANT GENERAL:

It is requested that the applicant and counsel, if any, be notified that following examination and consideration of the application and records, the Army Board for Correction of Military Records on JAN 7 1959 determined that insufficient evidence has been presented to indicate probable material error or injustice, and the application is denied.

The notice to the applicant will be in the form prescribed by the memorandum from Executive Secretary, Army Board for Correction of Military Records to The Adjutant General, subject, Notice of Denial of Application for Correction of Military Records, dated 10 August 1955.

Raymond J. Williams
Executive Secretary
Army Board for Correction
of Military Records

Inclosures:

DD Form 149
AG 201 File
Service Record
Eff File

MEMORANDUM FOR: Executive Secretary, ABCMR 2 January 1959

NAME: LEVY, MATHEW ASN: 0 981 133 RANK: 1st Lt HON DISCH: 18 Sep 58

APPLICANT REQUESTS: That, in effect, he be reinstated in the Res and promoted to the grade of Capt. He claims that a true and accurate account of his military efficiency is not reflected in his records. In support of his application he submits letters of commendation and character references.

MATERIAL EVIDENCE OF RECORD: DOB: 23 Nov 26. Enlisted service: 18 Nov 44 - 4 Nov 46. Appointed 2d Lt, ORC, 1 Oct 49. Promoted to 1st Lt 29 Jun 53. He was passed over for Res promotion in 1957 and 1958, and was honorably discharged on 18 Sep 58 as a result thereof.

His efficiency reports indicate that he was considered fully qualified for promotion by his rating officer on 16 Sep 57. However, he was on active duty for training for 2 consecutive 6-months periods beginning 1 Jan 57 through 31 Dec 57, and his rating officer on 21 Jan 58 felt that he had not demonstrated potential for promotion despite his opportunity to do so. The rating officer who rendered the favorable report on him in Sep 57, again considered appl qualified for promotion on 21 Jul 58, after appl had served on a 2-week tour of active duty for training.

The law requires that an officer be discharged from the Res if he fails to be selected for promotion to the next higher grade by a Selection Board, after having twice been considered by a Selection Board.

RECOMMENDATION: There is nothing in appl's records to indicate that he has not been properly rated. The reason or reasons for his pass over for promotion by the Selection Boards is not known, as such Boards do not prepare proceedings, or leave any workup sheet in the files to show the basis for their selection or non-selection of an individual. Under the circumstances there appears to be no basis for a formal hearing, and a denial of appl's application is accordingly recommended.

[signature]
Examiner

DA 20, Res Bay believes the
Gov was the proper posting
Officer for the period
[illegible] was on Active duty
[illegible]
[illegible] training for 1 yr
[illegible] mos the det #10
at NY [illegible] that he
USAR ND N.Y. [illegible] accountable
[illegible] approximately
directly to the General.

Exhibit 13

IM 7/4/

October 30, 2002

Mr. Carl Chun, Director
Board of Corrections, Department of the Army
1941 Jefferson Davis Highway - 2nd Floor
Arlington, Va. 22202

Item ID:...........97497
Name:..............LEVY, MATHEW
SSN:...............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
MSN:...............
Doc Type:..........Reco
Receipt Date /Time.11/07/2002/07:41:08 AM
Edited By..........DANIED

Dear Mr. Chun:

In response to your letter dated 28 May 2002, contending lack of basis for resubmitting my request, I would like to clarify the issues you raised in Paragraph 4 (underlined); and Paragraph 6 (underlined):

(A). Paragraph 4 -"there is no evidence that the note was seen by the Promotion Board" (copy enclosed) .

This note was supplied by the Department of the Army to Congressman Kaisch in 2001. The fire in St. Louis destroyed all other records, and the only records available, as stated by The Department of the Army, were the records you possess. The Department of the Army supplied the document and was obviously seen by the Board since it was in the file.

(B). "You have provided no evidence nor is there any evidence of record that the statement (referring to Active Duty 1 January '57 to 31 December '57) is not correct".

Certainly Army pay records for that period are available. My IRS Income Tax Statements are also available, and other personal records substantiate the facts. You never asked me to supply documentation, but simply assumed the fact. I have in my possession a complete copy of my Officer 201 File and partial copies of my Enlisted 201 File for inspection.

This situation has been going on for 42 years. I am prepared to fly to Virginia or Washington with the documents to support my claim.

I feel given the opportunity to plead my case on a personal basis, with some thoughts toward resolution, will help bring the issue to permanent closure. I request you reevaluate the enclosed letters from Congressman Kasich and my Attorney; and, particularly the memo to the Executive Secretary, ABCMR; paying attention to the fact I was deemed fully qualified, except for Active Duty Periods in 1957 (which did not exist).

A grave injustice has occured. Please help me to bring the issue to resolution. I remain,

Sincerely,

Mathew Levy

8084 Kennedy Road
Blacklick, Ohio 43004 - 8726
(614) 861-8782

# Exhibit 14

DEPARTMENT OF THE ARMY
BOARD FOR CORRECTION OF MILITARY RECORDS
1941 JEFFERSON DAVIS HIGHWAY, 2ND FLOOR
ARLINGTON VA 22202-4508

JUL 07 2003

SFMR-RBR
LEVY, MATHEW
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
AR2003087582

Mr. Mathew Levy
8084 Kennedy Road
Blacklick, OH 43004-8726

Dear Mr. Levy:

This is in response to your October 30, 2002 letter to the Army Board for Correction of Military Records (ABCMR) requesting reconsideration, through a formal hearing, of your earlier application to correct your records to show you were reinstated in the Reserve and promoted to captain.

Your case was considered and denied on January 7, 1959.

Army Regulation 15-185 sets forth the procedures for processing requests to correct military records. Paragraph 2-15b provides specific guidance to be applied in cases involving requests for reconsideration that are received more than 1 year after the ABCMR's original consideration or after the ABCMR has already reconsidered the case.

In such cases, the staff of the ABCMR will review the request to determine if substantial relevant evidence has been submitted that shows fraud, mistake in law, mathematical miscalculation, manifest error, or if there exists substantial relevant new evidence discovered contemporaneously with or within a short time after the ABCMR's original decision. If the staff finds such evidence, the case will be resubmitted to the ABCMR. If no such evidence is found, the application will be returned to the applicant without action.

The fact a document, such as the unsigned, undated note considered by the original ABCMR panel, is filed in a member's Official Military Personnel File is insufficient to show that the document was provided to a promotion board. Promotion boards do not necessarily review every document in a member's file; only those documents authorized for review. Again, there is no evidence to show that the referenced note was seen by the promotion board.

Pay records are not retained indefinitely. Title 31 U. S. Code, section 3702, also known as the barring statute, prohibits the payment of a claim against the Government unless the claim has been received by the Comptroller General

Printed on Recycled Paper

SFMR-RBR
LEVY, MATHEW
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
AR2003087582

within 6 years after the claim accrues. Among the important public policy considerations behind statutes of limitations, including the 6-year limitation for filing claims contained in this section of Title 31, U. S. Code, is relieving the government of the need to retain, access, and review old records for the purpose of settling stale claims, which are often difficult to prove or disprove.

You state that your IRS income tax statements for the period in question, 1957, are also available and would substantiate your contentions; however, you do not provide them. The ABCMR is not an investigative agency. The burden and costs for researching and assembling documentation to support an application for a specific claim rests with the requester. If you have copies of the pertinent IRS income statements and/or copies of your Army pay records for the pertinent period, you must provide them with your application.

Army Regulation 15-185, paragraph 2-11 states that applicants do not have a right to a hearing before the ABCMR. The regulation provides that the Director of the ABCMR or the ABCMR may grant a formal hearing before which the applicant, counsel, and witnesses may appear whenever justice requires. If you have a complete copy of your officer 201 file, you should provide a copy of those records with your application and the ABCMR or the Director may decide to grant you a formal hearing.

The staff has determined that you have provided no relevant new evidence or argument with your current submission that was not previously considered by the ABCMR.

Accordingly, there is no basis for resubmitting your request to the ABCMR and it will be administratively closed.

Sincerely,

Carl W. S. Chun
Director, Army Board for Correction
of Military Records

Enclosure