# In the United States Court of Federal Claims

**No. 07-829 C**

**MATHEW LEVY**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's Opinion, filed August 8, 2008,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the complaint is dismissed, with prejudice. Costs to defendant.

John S. Buckley
Acting Clerk of Court

**August 11, 2008** By: s/ Debra L. Samler

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.